# CHAPTER 12 MONTHLY REPORT

Name of Debtor: Derek L Sande / Sande Farms LLC
Case NO: 19-61079 and 19-60962

For Month Ending: 8/31/2022

## MONTHLY CASH RECEIPTS AND DISBURSMENTS

**I.   CASH RECEIPTS**

**A. FARM INCOME**

### GRAIN SALES

| Unit | CROP | Price/Unit | MONTH | Year to Date |
|---|---|---|---|---|
| bushel | Wheat | $7.00 | | $57,407.47 |
| ton | Hay/Alfalfa | $90 | | $33,901.00 |
| bushel | Peas | $ | | $49,389.46 |
| bushel | Barley | $ | | |
| bushel | Durum | $4.00 | | |

### LIVESTOCK SALES

| Type | #hd | weight | price/lb | | Year to Date |
|---|---|---|---|---|---|
| calves | | | | | |
| cows | | | | | |
| hogs | | | | | |
| feeder pigs | | | | | |
| lambs | | | | | |
| eggs | | | | | |
| poultry | | | | | |
| milk | | | | | |
| other | | | | | |

| | MONTH | Year to Date |
|---|---|---|
| Misc Farm Income | | |
| Crop Insurance Payments | | $7,386.00 |
| Contract Payments | | |
| Other Ins Payments | | $22,827.00 |
| Rent Payments | | |
| Government Payments | $68,661.76 | $254,661.76 |

|  | Month | Year To Date |
|---|---|---|
| Custom Farming Income |  |  |
| Custom Feeding Income |  |  |
| Other Income (SandeFarms LLC Transfer) |  |  |
| New Loans (CCC Grain Loan) |  |  |

B. **WAGES FROM OUTSIDE WORK**

|  | Month | Year To Date |
|---|---|---|
| Husband |  |  |
| Wife |  |  |

C. **OTHER RECEIPTS**

|  | Month | Year To Date |
|---|---|---|
| Social Security |  |  |
| Other |  |  |
| Equipment Sales | $2,694.84 | $104,194.84 |
|  |  |  |

| Total Cash Receipts | $71,356.60 |  |
|---|---|---|

D. **CROP AND LIVESTOCK ON HAND**

| Crop | Year | Amount | | $/unit | Total Value |
|---|---|---|---|---|---|
| W Wheat | 2022 | 2600 | acres | $300 | $780,000 |
| Barley | 2022 | 1050 | acres | $200 | $210,000 |
| Flax | 2022 | 160 | acres | $250.00 | $40,000 |
| Chicpeas | 2022 | 300 | acres | $300.00 | $90,000 |
| Hay | 2022 | 1200 | acres | $100.00 | $120,000 |
| Flax | 2021 | 600 | BU | $30.00 | $18,000 |
| Durum (Seed) |  | 1100 | bu | $16.00 | $17,600 |
| S Wheat (Seed) |  | 2500 | bu | $11.00 | $27,500 |
| Flax (Seed) |  | 400 | bu | $30.00 | $12,000 |

| Accounts Recievable (Custom Farming/Hay D Wishman) | $35,000 |
|---|---|

| Total Crop on Hand Value | $1,350,100 |
|---|---|

**II.**         EXPENSES PAID

    **A. <u>HOUSEHOLD</u>**

| Payee | Check # | Date | Amount | Purpose |
|---|---|---|---|---|
| Amazon | Debit | 8/2/2022 | $8.99 | Misc |
| Pacific Source Health | Debit | 8/17/2022 | $949.00 | Health Ins Premium |

        TOTAL HOUSEHOLD EXPENSE     $957.99

B. **FARM EXPENSES**

| Payee | Check # | Date | Amount | Purpose |
|---|---|---|---|---|
| JoyCo | Debit | 8/1/2022 | $41.53 | Fuel |
| Joyce Fuel & Feed | 5043 | 8/3/2022 | $5,900.70 | Fuel |
| Dave&PJ Place | Debit | 8/5/2022 | $34.32 | Meals |
| Nationwide | Debit | 8/8/2022 | $2,776.54 | Insurance |
| JoyCo | Debit | 8/15/2022 | $96.97 | Fuel |
| Cutting Edge Farms | 5042 | 8/15/2022 | $22,622.40 | Custom Hire |
| Cutting Edge Farms | 5044 | 8/15/2022 | $12,355.74 | Custom Hire |
| Ace Hardware | Debit | 8/16/2022 | $925.96 | Materials/Supplies |
| Joyce Fuel & Feed | 5047 | 8/16/2022 | $750.00 | Fuel |
| REPublic Services | Debit | 8/17/2022 | $168.75 | Garbage |
| TGF Parts Stop | 5046 | 8/19/2022 | $719.90 | Parts |
| JoyCo | Debit | 8/25/2022 | $148.79 | Fuel |
| Joyce Fuel & Feed | Debit | 8/30/2022 | $227.43 | Fuel |

**Sande Farms Account**

| Payee | Check # | Date | Amount | Purpose |
|---|---|---|---|---|
| Farm Credit Leasing | 1229 | 8/25/2022 | $15,833.91 | Equipment Lease |

TOTAL FARM EXPENSE  $62,602.94

|  | Year to Date |
|---|---|
| C. **TOTAL PAYMENTS MADE TO CHAPTER 12 TRUSTEE** | $948,450.84 |
| TOTAL EXPENSES FOR MONTH | $63,560.93 |
| CASH PROFIT (LOSS) FOR MONTH | $7,795.67 |
| OTHER NON CASH LOSSES: | |
|     LOSS DUE TO CROP FAILURE OR DAMAGE | |
|     LOSS DUE TO DEATH OR DISEASE OF LIVESTOCK | |

**III.  CASH RECONCILIATION:**

| | |
|---|---|
| Cash and Bank Accounts Balance at Beginning of Month | $50,647.95 |
| Profit (or loss) during month | $7,795.67 |
| Cash and Bank Accounts Balance at End of Month | $58,443.62 |

**IV.  EXPENSES CHARGED BUT NOT PAID DURING MONTH**

Expense                  Amount

I CERTIFY UNDER PENALTY OF PERJURY THAT I HAVE READ THE FOREGOING STATEMENT, AND IT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.

| 9/26/2022 | Derek Lynn Sande |
|---|---|
| DATE | DEBTOR(S) / OFFICER OF DEBTOR(S) |



CITIZENS ALLIANCE BANK
409 3RD STREET NW
GREAT FALLS, MT 59404
Tel: (406) 403-7460



**FINANCIAL SERVICES STATEMENT**

DEREK L SANDE
5050 CUTBANK CREEK RD
PO BOX 5
GERALDINE MT 59446-0005

Statement Date: **09/07/2022**  Account No.:  **X5169** Page: 1

**This Statement Cycle Reflects 33 Days**

## SIMPLE CONSUMER CHECKING SUMMARY

Type :  **REG   Status :   Active

| Category | Number | Amount |
|---|---|---|
| Balance Forward From 08/05/22 | | 41,591.78 |
| Deposits | 1 | 170,116.43 + |
| Debits | 4 | 36,448.04 |
| Automatic Withdrawals | 3 | 3,894.29 |
| Automatic Deposits | 1 | 5,000.00 + |
| Card Activity | 11 | 1,830.10 |
| Ending Balance On 09/07/22 | | 174,535.78 |
| Average Balance (Ledger) | 46,254.49 + | |

## STATEMENT PERIOD ACTIVITY

| Date | Check/Description | Amount | Balance |
|---|---|---|---|
| 08/08/22 | NWEDI-996486797 EDI PYMNTS | 2,776.54 | 38,815.24 |
| 08/10/22 | INTERNET TRANSFER FROM CHK 6369 TO CHK | 5,000.00 + | 43,815.24 |
| 08/15/22 | 0307 VSA PUR CONOCO - JOYCO CONVENIE FORT BENTON MT (08/14/22 01:29:43) | 96.97 | 43,718.27 |
| 08/15/22 | CHK#5042 | 22,622.40 | 21,095.87 |
| 08/15/22 | CHK#5044 | 12,355.74 | 8,740.13 |
| 08/16/22 | 0307 VSA PUR ACE GREAT FALLS GREAT FALLS MT (08/15/22 15:54:20) | 925.96 | 7,814.17 |
| 08/16/22 | CHK#5047 | 750.00 | 7,064.17 |
| 08/17/22 | REPUBLICSERVICES RSIBILLPAY | 168.75 | 6,895.42 |
| 08/17/22 | PACIFIC SOURCE C | 949.00 | 5,946.42 |
| 08/19/22 | CHK#5046 | 719.90 | 5,226.52 |
| 08/25/22 | 0307 VSA PUR CONOCO - JOYCO CONVENIE FORT BENTON MT (08/25/22 05:21:59) | 148.79 | 5,077.73 |
| 08/30/22 | 0307 VSA PUR CONOCO - JOYCE FEED GERALDINE MT (08/30/22 02:24:27) | 52.88 | 5,024.85 |
| 08/30/22 | 0307 VSA PUR CONOCO - JOYCE FEED GERALDINE MT (08/30/22 02:24:27) | 174.55 | 4,850.30 |
| 09/02/22 | DEPOSIT | 170,116.43 + | 174,966.73 |
| 09/02/22 | 0307 PUR WM SUPERCENTER GREAT FALLS MT (09/02/22 01:03:06) | 103.91 | 174,862.82 |
| 09/02/22 | 0307 VSA PUR FORT BENTON HARD 1420 F FORT BENTON MT (09/01/22 20:13:09) | 48.85 | 174,813.97 |

Continued                             11/5768/1

CITIZENS ALLIANCE BANK
409 3RD STREET NW
GREAT FALLS, MT 59404
Tel: (406) 403-7460


FINANCIAL SERVICES STATEMENT


Customer Driven. Community Focused.®

Statement Date: **09/07/2022**　　　　　　　　　　　　　　　　Account No.:　　**X5169**　Page: 2

### STATEMENT PERIOD ACTIVITY (cont.)

| Date | Check/Description | Amount | Balance |
|---|---|---:|---:|
| 09/02/22 | 0307 VSA PUR NORTH 40 OUTFITTERS WG GREAT FALLS MT (09/01/22 22:53:41) | 98.87 | 174,715.10 |
| 09/02/22 | 0307 VSA PUR AMAZON MUSIC　　　　　　　WA (09/02/22 06:42:59) | 8.99 | 174,706.11 |
| 09/02/22 | 0307 VSA PUR CENEX MOUNTAIN09900341 BLACK EAGLE MT (09/02/22 08:28:38) | 95.93 | 174,610.18 |
| 09/06/22 | 0307 VSA PUR FRONTLINE-GREAT FALLS GREAT FALLS MT (09/03/22 00:19:25) | 74.40 | 174,535.78 |

### CHECKS AND OTHER DEBITS

\* indicates a gap in the check numbers

| Date | Check # | Amount | Date | Check # | Amount | Date | Check # | Amount |
|---|---|---:|---|---|---:|---|---|---|
| 08/15/22 | 5042 | 22,622.40 | 08/19/22 | 5046* | 719.90 | | | |
| 08/15/22 | 5044* | 12,355.74 | 08/16/22 | 5047 | 750.00 | | | |

**Direct Inquiries About Electronic Entries To:**
Phone: (406) 403-7460



# IMAGE STATEMENT


AM: 170,116.43 CK:   DT: 09/02 SQ: 61700710 Deposit


AM: 22,622.40 CK: 5042 DT: 08/15 SQ: 80300300 Paid


AM: 12,355.74 CK: 5044 DT: 08/15 SQ: 80300310 Paid


AM: 719.90 CK: 5046 DT: 08/19 SQ: 80301710 Paid


AM: 750.00 CK: 5047 DT: 08/16 SQ: 80602350 Paid



End Statement    11/5768/3E

CITIZENS ALLIANCE BANK
409 3RD STREET NW
GREAT FALLS, MT 59404
Tel: (406) 403-7460


FINANCIAL SERVICES STATEMENT



SANDE FARMS LLC
25991 MT HWY 80
PO BOX 5
GERALDINE MT 59446-0005

Statement Date: **08/31/2022**　　　　　　　　　　　　　　　　　Account No.:　　**X6369**　Page:　**1**

**This Statement Cycle Reflects 33 Days**

## SIMPLE BUSINESS CHECKING SUMMARY

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Type :　**REG**　Status :　Active

| Category | Number | Amount |
|---|---|---|
| Balance Forward From 07/29/22 | | 36,994.25 |
| Debits | 1 | 15,833.91 |
| Automatic Withdrawals | 2 | 17,500.00 |
| Ending Balance On 08/31/22 | | 3,660.34 |
| **Average Balance (Ledger)** | **19,696.14 +** | |

## STATEMENT PERIOD ACTIVITY

| Date | Check/Description | Amount | Balance |
|---|---|---|---|
| 08/04/22 | MOBILE TRANSFER FROM CHK 6369 TO CHK | 12,500.00 | 24,494.25 |
| 08/10/22 | INTERNET TRANSFER FROM CHK 6369 TO CHK | 5,000.00 | 19,494.25 |
| 08/25/22 | CHK#1229 | 15,833.91 | 3,660.34 |

## CHECKS AND OTHER DEBITS

*\* indicates a gap in the check numbers*

| Date | Check # | Amount | Date | Check # | Amount | Date | Check # | Amount |
|---|---|---|---|---|---|---|---|---|
| 08/25/22 | 1229 | 15,833.91 | | | | | | |

> **Direct Inquiries About Electronic Entries To:**
> Phone: (406) 403-7460



| | | |
|---|---|---|
| **SANDE FARMS LLC** | Bank : | 604 |
| **Account No. :** X6369 | Images : | 1 |
| **Stmt. Date :** 08/31/2022 | Page : | 2 |

# IMAGE STATEMENT



AM: 15,833.91 CK: 1229 DT: 08/25 SQ: 80500170 Paid



End Statement   11/2253/2E