| CHAPTER 12 MONTHLY REPORT: | | 08-31-2023 | |
|---|---|---|---|

NAME OF DEBTOR(S): GARY A SANDE and EVELYN L SANDE

CASE NO: 21-40039

For Month Ending: 08/31/2023

Report on a cash basis, unless you keep financial records on an accrual basis.

I. CASH RECEIPTS

    A. FARM INCOME

| Grain Sales | | MONTH | YEAR TO DATE |
|---|---|---|---|
| #bu | WWheat @ $ | | |
| | Swheat @ $ | | |
| | Hay/Alf @ $ | | |
| | Barley @ $ | | |
| | Other @ $ | | |
| Livestock Sales | N/A | N/A | N/A |
| Miscellaneous Farm Income | | | |
| Contract Payments | | | |
| Rent Payment | | | |
| Government Payment | | | |
| PIK and Roll proceeds | | | |
| Custom Farming Income | | | |
| Custom Feeding Payments | | | |
| Other Farm Income | | | |
| (Please specify source) | | | |
| New Loans (specify source) | | | |
| | | | |

## B. WAGES FROM OUTSIDE WORK　　08-31-2023

| | Month | Year To Date |
|---|---:|---:|
| Gary A Sande | $0.00 | $0.00 |
| Evelyn L Sande | $3,729.22 | $32,995.84 |

## C. OTHER RECEIPTS

| | Month | Year To Date |
|---|---:|---:|
| Social Security-Gary A Sande | $1,806.00 | $14,448.00 |
| Social Security-Evelyn L Sande | $1,525.00 | $12,200.00 |
| Other: | | |
| Previous Months Other | | $9,510.57 |
| | | |
| Total Cash Receipts | $7,060.22 | $69,154.41 |

## D. CROP and LIVESTOCK ON HAND

| Year | | Total / Unit | |
|---|---|---|---|
| | | | |

| II. EXPENSES PAID | | | | 08-31-2023 |
|---|---|---|---|---|
| A. HOUSEHOLD | | | | |
| PAYEE | CHECK # | DATE | AMOUNT | PURPOSE |
| VA | online | 08/04/23 | 15.00 | Meds-GAS |
| Spectrum | online | 08/07/23 | 79.99 | Gt Falls-Utilities |
| Protective Life Ins | online | 08/14/23 | 226.55 | Ins-ELS |
| Les Schwab | Debit | 08/14/23 | 299.92 | Car Tires-ELS |
| Blue Cross Med Adv | 9287 | 08/17/23 | 129.00 | Ins-ELS |
| City Gt Falls | online | 08/18/23 | 97.99 | Gt Falls-Utilities |
| NW Energy | online | 08/29/23 | 109.88 | Gt Falls-Utilities |
| Various | Debit | Various | 186.10 | Food-ELS |
| Various | Debit | Various | 217.71 | Gas-ELS |
| Various | Debit | Various | 85.18 | Gt Falls-Household Reps |
| Various | Debit | Various | 274.09 | Food-GAS |
| Various | Debit | Various | 528.01 | Medical-GAS |
| | | | | |
| | | | | |
| Total | | | 2,249.42 | |

| II. EXPENSES PAID | | | | 08-31-2023 |
|---|---|---|---|---|
| B. FARM EXPENSES | | | | |
| PAYEE | CHECK # | DATE | AMOUNT | PURPOSE |
| Thomas Repairs | 8940 | 08/01/23 | 828.90 | Farm Pickup repairs |
| Central MT Propane | 9285 | 08/02/23 | 305.50 | Farm HVAC repairs |
| Town of Geraldine | 9286 | 08/03/23 | 71.64 | Farm-Utilities |
| American General | online | 08/03/23 | 404.60 | Ins-Gary |
| NW Energy | online | 08/07/23 | 122.70 | Farm-Utilities |
| Triangle Comm | online | 08/15/23 | 200.26 | Farm-Utilities |
| Verizon | online | 08/22/23 | 291.03 | Farm-Utilities |
| Cash | debit | 08/23/23 | 200.00 | Gary-Draw |
| Cash | debit | 08/30/23 | 300.00 | Gary-Draw |
| Frontline Ag | debit | 08/31/23 | 477.70 | Farm Machinery Repairs |
| Various | debit | Various | 638.85 | Farm Repairs |
| North 40 | debit | 08/31/23 | 78.99 | Animal Feed |
| Various | debit | Various | 851.66 | Gas-GAS |
| Various | debit | Various | 157.67 | Farm Pickup repairs |
| Joyce Fuel & Feed | debit | 08/14/23 | 510.00 | Farm Chemicals |
| Total | | | 5,439.50 | |

| C. TOTAL PAYMENTS MADE TO CHAPTER 12 TRUSTEE | 08-31-2023 |
|---|---|
| | $ |
| TOTAL EXPENSES FOR MONTH | $7,688.92 |
| CASH PROFIT (LOSS) FOR MONTH | -$628.70 |
| OTHER NON-CASH LOSSES: | |
|     Loss Due to Crop Failure or Damage | |
|     Loss Due to Death or Disease of Livestock or Poultry | |

## III. CASH RECONCILIATION

| | |
|---|---|
| Cash and Bank Accounts Balance at Beginning of Month: | $9,079.15 |
| Profit (or Loss) during Month: | -$628.70 |
| Cash and Bank Account Balance at End of Month: | $8,450.45 |

## IV. EXPENSES CHARGED BUT NOT PAID DURING MONTH

| Due Date | Expense | Amount | |
|---|---|---|---|
| | | | |

I CERTIFY UNDER PENALTY OF PERJURY THAT I HAVE READ THE FOREGOING STATEMENT AND IT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF

09-22-2023 *[signature]*
DATE     DEBTOR(S) / OFFICER OF DEBTOR(S)



P.O. Box 1800
Saint Paul, Minnesota 55101-0800

5258    IMG         S       X    ST01

000247384 00 SP    106481826780119 E
GARY SANDE
EVELYN SANDE
3207 7TH AVE S
GREAT FALLS MT 59405-3404



**Uni-Statement**
Account Number:
█████9385
Statement Period:
Aug 1, 2023
through
Aug 31, 2023

Page 1 of 5

☎ **To Contact U.S. Bank**
**By Phone:** 800-673-3555
**U.S. Bank accepts Relay Calls**
**Internet:** usbank.com

## SILVER ELITE CHECKING                                             Member FDIC
U.S. Bank National Association                    Account Number        9385

### Account Summary
| | | |
|---|---:|---|
| Beginning Balance on Aug 1 | $ 5,068.98 | Interest Paid this Year $ 0.03 |
| Deposits / Credits | 7,060.22 | Number of Days in Statement Period 31 |
| Card Withdrawals | 4,305.88- | |
| Other Withdrawals | 2,048.00- | |
| Checks Paid | 1,335.04- | |
| **Ending Balance on Aug 31, 2023** | **$ 4,440.28** | |

### Deposits / Credits

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---:|
| Aug 1 | Electronic Deposit | From PRAIRIE MOUNTAIN | | $ 1,864.61 |
| | REF=232120187997280N00 | DIRECT PAY1810443838 | | |
| Aug 9 | Federal Benefit Deposit | From SSA TREAS 310 | | 1,525.00 |
| | REF=232160088740130N00 | XXSOC SEC 9031736042 3854A S | | |
| Aug 16 | Electronic Deposit | From PRAIRIE MOUNTAIN | | 1,864.61 |
| | REF=232270120793180N00 | DIRECT PAY1810443838 | | |
| Aug 23 | Federal Benefit Deposit | From SSA TREAS 310 | | 1,806.00 |
| | REF=232300054689570N00 | XXSOC SEC 9031036360 4418A S | | |
| | | **Total Deposits / Credits** | **$** | **7,060.22** |

### Card Withdrawals
Card Number: xxxx-xxxx-xxxx-3939

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---:|
| Aug 2 | Debit Purchase - VISA | On 080123 4067270909 MT | 4207000554 | $ 275.00- |
| | GLASS DOCTOR GRE | REF # 24765013214207000554056 | | |
| Aug 3 | Debit Purchase | MR TUNE UP INC GREAT FALLS MT | 0008021742 | 363.85- |
| | 461900 | On 080223 ILNKILNK REF 321422461900 | | |
| Aug 14 | Debit Purchase | SUPER1 FOODS GR GREAT FALLS MT | | 12.84- |
| | 685881 | On 081123 MAESTERM REF 685881 | | |
| Aug 14 | Debit Purchase - VISA | On 081323 GREAT FALLS MT | 5001463108 | 54.43- |
| | CONOCO - ON YOUR | REF # 24034543225001463108999 | | |
| Aug 14 | Debit Purchase | LES SCHWAB TIRES GREAT FALLS MT | 2508141624 | 299.92- |
| | 245125 | On 081423 ILNKILNK REF 322621245125 | | |
| Aug 15 | Debit Purchase | SUPER1 FOODS GR GREAT FALLS MT | | 13.20- |
| | 719553 | On 081423 MAESTERM REF 719553 | | |
| Aug 21 | Debit Purchase | SUPER1 FOODS GR GREAT FALLS MT | | 9.80- |
| | 449183 | On 081923 MAESTERM REF 449183 | | |
| Aug 21 | Debit Purchase - VISA | On 081723 GREAT FALLS MT | 0001973739 | 56.91- |
| | CONOCO - ON YOUR | REF # 24034543230001973739583 | | |
| Aug 22 | Debit Purchase | SUPER1 FOODS GR GREAT FALLS MT | | 10.45- |
| | 081400 | On 082123 MAESTERM REF 081400 | | |
| Aug 22 | Debit Purchase - VISA | On 082123 GREAT FALLS MT | 3002326585 | 58.06- |
| | CONOCO - ON YOUR | REF # 24034543233002326585589 | | |
| Aug 28 | Debit Purchase | SUPER1 FOODS GR GREAT FALLS MT | | 26.80- |
| | 389624 | On 082623 MAESTERM REF 389624 | | |



GARY SANDE
EVELYN SANDE
3207 7TH AVE S
GREAT FALLS MT  59405-3404



**Uni-Statement**

Account Number:
████████ 9385

Statement Period:
Aug 1, 2023
through
Aug 31, 2023

Page 2 of 5

## SILVER ELITE CHECKING (CONTINUED)

U.S. Bank National Association  Account Number ████████ 9385

### Card Withdrawals (continued)

Card Number: xxxx-xxxx-xxxx-3939

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Aug 28 | Debit Purchase 058378 | ACE GREAT FALLS  GREAT FALLS MT<br>On 082623 ILNKILNK REF 323818058378 | 7808261359 | 37.96- |
| Aug 28 | Debit Purchase 809460 | BIG LOTS GREAT FALLS MT<br>On 082623 MAESTERM REF 809460 | | 47.22- |
| Aug 28 | Debit Purchase - VISA<br>CONOCO - ON YOUR | On 082623 GREAT FALLS  MT<br>REF # 24034543238002911280385 | 8002911280 | 48.31- |
| Aug 29 | Debit Purchase 084825 | SUPER1 FOODS GR  GREAT FALLS MT<br>On 082823 MAESTERM REF 084825 | | 20.48- |
| Aug 30 | Debit Purchase 997947 | SUPER1 FOODS GR  GREAT FALLS MT<br>On 082923 MAESTERM REF 997947 | | 23.62- |
| Aug 31 | Debit Purchase 767650 | SUPER1 FOODS GR  GREAT FALLS MT<br>On 083123 MAESTERM REF 767650 | | 30.94- |
| Aug 31 | Debit Purchase 695960 | SUPER1 FOODS GR  GREAT FALLS MT<br>On 083123 MAESTERM REF 695960 | | 37.97- |
| Aug 31 | Debit Purchase 447893 | NORTH 40 OUTFITT GREAT FALLS MT<br>On 083123 MAESTERM REF 447893 | | 78.99- |
| | | **Card 3939  Withdrawals Subtotal** | $ | **1,506.75-** |

Card Number: xxxx-xxxx-xxxx-3094

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Aug 3 | Debit Purchase 745535 | RIVER MARKET FORT BENTON MT<br>On 080323 MAESTERM REF 745535 | $ | 17.25- |
| Aug 4 | Debit Purchase - VISA<br>MT MVD CREDIT CA | On 080323 HELENA MT<br>REF # 24733093216091895001061 | 6091895001 | 22.79- |
| Aug 4 | Debit Purchase 089778 | HWY 80 GERALDINE  MT<br>On 080323 MAESTERM REF 089778 | | 79.29- |
| Aug 7 | Debit Purchase 194368 | RIVER MARKET FORT BENTON MT<br>On 080623 MAESTERM REF 194368 | | 16.03- |
| Aug 9 | Debit Purchase 234605 | RIVER MARKET FORT BENTON MT<br>On 080823 MAESTERM REF 234605 | | 10.57- |
| Aug 9 | Debit Purchase 322583 | EVERYDAY IGA NOR GREAT FALLS MT<br>On 080823 ILK1TERM REF 322020322583 | 8308081931 | 13.97- |
| Aug 9 | Debit Purchase 807221 | HWY 80 GERALDINE  MT<br>On 080923 MAESTERM REF 807221 | | 90.82- |
| Aug 9 | Debit Purchase 678890 | VIOC GT0010 GREAT FALLS MT<br>On 080823 MAESTERM REF 678890 | | 103.67- |
| Aug 10 | Debit Purchase 164458 | HWY 80 GERALDINE  MT<br>On 081023 MAESTERM REF 164458 | | 34.00- |
| Aug 14 | Debit Purchase - VISA<br>MA'S LOMA CAFE N | On 081323 LOMA MT<br>REF # 24607943226286775900112 | 6286775900 | 16.50- |
| Aug 14 | Debit Purchase - VISA<br>4B'S #392 | On 081123 GREAT FALLS  MT<br>REF # 24015143224200588200292 | 4200588200 | 30.00- |
| Aug 14 | Debit Purchase - VISA<br>GREAT FALLS CHIR | On 081123 GREAT FALLS  MT<br>REF # 24801973223872772647113 | 3872772647 | 202.97- |
| Aug 14 | Debit Purchase 806794 | HWY 80 GERALDINE  MT<br>On 081223 MAESTERM REF 806794 | | 586.10- |
| Aug 15 | Debit Purchase - VISA<br>76 - JOYCE FEED | On 081323 GERALDINE MT<br>REF # 24034543226001526515346 | 6001526515 | 43.77- |
| Aug 15 | Debit Purchase - VISA<br>SQ *BENTON PHYSI | On 081423 FORT BENTON  MT<br>REF # 24692163226106486583364 | 6106486583 | 58.00- |
| Aug 16 | Debit Purchase - VISA<br>CLUB HOUSE | On 081423 406-6223433  MT<br>REF # 24269753227900019200318 | 7900019200 | 15.00- |
| Aug 16 | Debit Purchase 024549 | HWY 80 GERALDINE  MT<br>On 081523 MAESTERM REF 024549 | | 92.97- |
| Aug 17 | Debit Purchase - VISA<br>FRONTLINE-GREAT | On 081623 GREAT FALLS  MT<br>REF # 24270743228900010300114 | 8900010300 | 467.00- |



GARY SANDE  
EVELYN SANDE  
3207 7TH AVE S  
GREAT FALLS MT 59405-3404

**Uni-Statement**  
Account Number: ▮▮▮▮9385  
Statement Period:  
Aug 1, 2023  
through  
Aug 31, 2023

Page 3 of 5

## SILVER ELITE CHECKING (CONTINUED)
U.S. Bank National Association — Account Number ▮▮▮▮9385

### Card Withdrawals (continued)
Card Number: xxxx-xxxx-xxxx-3094

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Aug 18 | Debit Purchase 925713 | FORT BENT 1420 F FORT BENTON MT<br>On 081823 MAESTERM REF 925713 | | 18.98- |
| Aug 18 | Debit Purchase 331097 | 2118 ST CHARLES FORT BENTON MT<br>On 081823 MAESTERM REF 331097 | | 50.44- |
| Aug 21 | Debit Purchase - VISA FRONTLINE-GREAT | On 081823 GREAT FALLS MT<br>REF # 24270743230900010500149 | 0900010500 | 10.70- |
| Aug 21 | Debit Purchase - VISA MA'S LOMA CAFE N | On 082023 LOMA MT<br>REF # 24607943233286775500178 | 3286775500 | 24.50- |
| Aug 21 | Debit Purchase - VISA SQ *BENTON PHYSI | On 081823 Fort Benton MT<br>REF # 24692163230109635906381 | 0109635906 | 58.00- |
| Aug 21 | Debit Purchase 371317 | RIVER MARKET FORT BENTON MT<br>On 081923 MAESTERM REF 371317<br>You Requested $20 In Cash Back | | 71.57- |
| Aug 21 | Debit Purchase 238825 | 2118 ST CHARLES FORT BENTON MT<br>On 082023 MAESTERM REF 238825 | | 75.64- |
| Aug 22 | Debit Purchase - VISA SQ *BENTON PHYSI | On 082123 FORT BENTON MT<br>REF # 24692163233102047125820 | 3102047125 | 58.00- |
| Aug 23 | Debit Purchase - VISA HALFTIME SPORTSB | On 082123 GREAT FALLS MT<br>REF # 24013393234002380949303 | 4002380949 | 17.00- |
| Aug 23 | Debit Purchase 360879 | 2118 ST CHARLES FORT BENTON MT<br>On 082223 MAESTERM REF 360879 | | 92.97- |
| Aug 23 | Debit Purchase - VISA GREAT FALLS CHIR | On 082223 GREAT FALLS MT<br>REF # 24801973234872269648589 | 4872269648 | 93.04- |
| Aug 24 | Debit Purchase - VISA AMIGO LOUNGE | On 082223 GREAT FALLS MT<br>REF # 24013393235002524292833 | 5002524292 | 10.00- |
| Aug 24 | Debit Purchase - VISA SQ *BENTON PHYSI | On 082323 FORT BENTON MT<br>REF # 24692163235103606272431 | 5103606272 | 58.00- |
| Aug 25 | Debit Purchase 250537 | HWY 80 GERALDINE MT<br>On 082423 MAESTERM REF 250537 | | 56.31- |
| Aug 28 | Debit Purchase - VISA SQ *FRESH START | On 082623 Geraldine MT<br>REF # 24692163238105966445892 | 8105966445 | 12.72- |
| Aug 28 | Debit Purchase - VISA SQ *FAST CAR WAS | On 082523 Great Falls MT<br>REF # 24692163237105062305660 | 7105062305 | 20.00- |
| Aug 28 | Debit Purchase 997403 | HWY 80 GERALDINE MT<br>On 082623 MAESTERM REF 997403 | | 77.41- |
| Aug 31 | Debit Purchase 327307 | 2118 ST CHARLES FORT BENTON MT<br>On 083023 MAESTERM REF 327307 | | 93.15- |
| | | **Card 3094 Withdrawals Subtotal** | $ | **2,799.13-** |
| | | **Total Card Withdrawals** | $ | **4,305.88-** |

### Other Withdrawals

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Aug 3 | Electronic Withdrawal<br>REF=232140192483210N00 | To AMERICAN GEN LIF<br>INS_PAYMT 4250598210 | | $ 404.60- |
| Aug 4 | Electronic Withdrawal<br>REF=232150129663290N00 | To VA MEDICAL COPAY<br>3600120013HRCPAYMENT6PAU2J2TSM1 | | 15.00- |
| Aug 4 | Electronic Withdrawal<br>REF=232160061653050N00 | To ENERGY WEST MONT<br>0000000160BILLPAY ENERGY WEST MON | | 15.07- |
| Aug 7 | Electronic Withdrawal<br>REF=232160103024490N00 | To SPECTRUM<br>SPECTRUM 0000358635 | | 79.99- |
| Aug 11 | Electronic Withdrawal<br>REF=232230074713290N00 | To NW ENERGY<br>0000000160BILLPAY NW ENERGY | | 107.63- |
| Aug 14 | Electronic Withdrawal<br>REF=232230103616450N00 | To PROTECTIVE LIFE<br>INS. PREM.9205920592 | | 226.55- |



GARY SANDE
EVELYN SANDE
3207 7TH AVE S
GREAT FALLS MT 59405-3404

**Uni-Statement**

Account Number: ###### 9385

Statement Period:
Aug 1, 2023
through
Aug 31, 2023

Page 4 of 5



# SILVER ELITE CHECKING (CONTINUED)

U.S. Bank National Association

Account Number ######9385

## Other Withdrawals (continued)

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Aug 15 | Electronic Withdrawal REF=232260171574330N00 | To TRIANGLE COMMUNI TELE BILL 1816005237 | | 200.26- |
| Aug 18 | Electronic Withdrawal REF=232300031365480N00 | To CITY OF GREAT FA 0000000160BILLPAY CITY OF GREAT F | | 97.99- |
| Aug 22 | Electronic Withdrawal REF=232330080777600N00 | To VERIZON WIRELESS PAYMENTS 6223344794 | | 291.03- |
| Aug 23 | Customer Withdrawal | | 8613670467 | 200.00- |
| Aug 29 | Electronic Withdrawal REF=232410084053950N00 | To NW ENERGY 0000000160BILLPAY NW ENERGY | | 109.88- |
| Aug 30 | Customer Withdrawal | | 8612821781 | 300.00- |
| | | **Total Other Withdrawals** | $ | **2,048.00-** |

## Checks Presented Conventionally

| Check | Date | Ref Number | Amount | Check | Date | Ref Number | Amount |
|---|---|---|---|---|---|---|---|
| 8940 | Aug 1 | 8316301391 | 828.90 | 9286 | Aug 11 | 9214068072 | 71.64 |
| 9285* | Aug 8 | 8315879094 | 305.50 | 9287 | Aug 21 | 8016212369 | 129.00 |

* Gap in check sequence

**Conventional Checks Paid (4)**    $    **1,335.04-**

## Balance Summary

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|---|---|---|---|---|---|
| Aug 1 | 6,104.69 | Aug 11 | 5,603.02 | Aug 23 | 5,530.04 |
| Aug 2 | 5,829.69 | Aug 14 | 4,173.71 | Aug 24 | 5,462.04 |
| Aug 3 | 5,043.99 | Aug 15 | 3,858.48 | Aug 25 | 5,405.73 |
| Aug 4 | 4,911.84 | Aug 16 | 5,615.12 | Aug 28 | 5,135.31 |
| Aug 7 | 4,815.82 | Aug 17 | 5,148.12 | Aug 29 | 5,004.95 |
| Aug 8 | 4,510.32 | Aug 18 | 4,980.71 | Aug 30 | 4,681.33 |
| Aug 9 | 5,816.29 | Aug 21 | 4,544.59 | Aug 31 | 4,440.28 |
| Aug 10 | 5,782.29 | Aug 22 | 4,127.05 | | |

Balances only appear for days reflecting change.



GARY SANDE
EVELYN SANDE
3207 7TH AVE S
GREAT FALLS MT 59405-3404

**Uni-Statement**

Account Number: ██████████9385
Statement Period:
Aug 1, 2023
through
Aug 31, 2023

Page 5 of 5

**IMAGES FOR YOUR SILVER ELITE CHECKING ACCOUNT**

Member FDIC
Account Number ██████████9385

| Check | Date | Amount |
|---|---|---|
| 8940 | Aug 01 | 828.90 |
| 9287 | Aug 21 | 129.00 |
| 9285* | Aug 08 | 305.50 |
| 271786534* | Aug 23 | 200.00 |
| 9286 | Aug 11 | 71.64 |
| 273276732* | Aug 30 | 300.00 |

Check 8940: Pay to Thomas Repair, $828.90, Eight hundred twenty-eight 90/100, Memo: Dodge Pick-up repair, signed Gary C Sande, dated 8-1-23

Check 9287: Pay to Blue Cross Med Advantage, $129.00, One hundred twenty-nine and 00/100, Memo: 804224691, signed Evelyn L Sande, dated August 17, 2023

Check 9285: Pay to Central MT Propane, $305.50, Three hundred five and 50/100, Memo: 172024, signed Evelyn L Sande, dated Aug 3, 2023

Withdrawal 271786534: 8/23/23 2:58 PM MDT, Withdrawal Total: $200.00, 560680520 ████9385

Check 9286: Pay to Town of Geraldine, $71.64, Seventy one and 64/100, Memo: 015600-00, signed Evelyn L Sande, dated Aug 3, 2023

Withdrawal 273276732: 8/30/23 10:41 AM MDT, Withdrawal Total: $300.00, 560680520 ████9385

* Gap in check sequence



P.O. Box 1800
Saint Paul, Minnesota 55101-0800

5258    IMG    S    X    ST01

000048788 00 SP    106481819671987 E
EVELYN SANDE
3207 7TH AVE S
GREAT FALLS MT  59405-3404

**Uni-Statement**
Account Number:
███████7424
Statement Period:
Jul 26, 2023
through
Aug 22, 2023

Page 1 of 1



To Contact U.S. Bank
By Phone:    800-US BANKS
(800-872-2657)

U.S. Bank accepts Relay Calls
Internet:    usbank.com

## SILVER ELITE CHECKING
U.S. Bank National Association                                     Member FDIC
**Account Summary**                                 Account Number ███████7424

| | | | |
|---|---|---|---|
| Beginning Balance on Jul 26 | $ 3,413.65 | Number of Days in Statement Period | 28 |
| **Ending Balance on Aug 22, 2023** | **$ 3,413.65** | | |

CITIZENS ALLIANCE BANK
409 3RD STREET NW
GREAT FALLS, MT 59404
Tel: (406) 403-7460



FINANCIAL SERVICES STATEMENT



Customer Driven. Community Focused.®

GARY A SANDE
25991 MT HWY 80
PO BOX 165
GERALDINE MT 59446-0165

Statement Date: **09/07/2023**　　　　　　　　　　　　　　　　　Account No.:　　**X8415**　Page:　**1**

**This Statement Cycle Reflects 31 Days**

### SIMPLE CONSUMER CHECKING SUMMARY

Type: **REG**　Status: Active

| Category | Number | Amount |
|---|---|---|
| Balance Forward From 08/07/23 | | 567.15 |
| Debits | | 0.00 |
| Ending Balance On 09/07/23 | | 567.15 |
| Average Balance (Ledger) | 567.15 + | |

**Direct Inquiries About Electronic Entries To:**
Phone: (406) 403-7460

End Statement　11/2926/1E