| CHAPTER 12 MONTHLY REPORT: | | | 10/31/2023 |
|---|---|---|---|
| | | | |
| NAME OF DEBTOR(S): GARY A SANDE and EVELYN L SANDE | | | |
| | | | |
| CASE NO: 21-40039 | | | |
| | | | |
| For Month Ending: 10/31/2023 | | | |
| Report on a cash basis, unless you keep financial records on an accrual basis. | | | |

I. CASH RECEIPTS
    A. FARM INCOME

| Grain Sales | | MONTH | YEAR TO DATE |
|---|---|---|---|
| #bu | WWheat @ $ | | |
| | Swheat @ $ | | |
| | Hay/Alf @ $ | | |
| | Barley @ $ | | |
| | Other @ $ | | |
| | | | |
| Livestock Sales | N/A | N/A | N/A |
| | | | |
| Miscellaneous Farm Income | | | |
| Contract Payments | | | |
| | | | |
| Rent Payment | | | |
| | | | |
| Government Payment | | | |
| | | | |
| | | | |
| PIK and Roll proceeds | | | |
| | | | |
| Custom Farming Income | | | |
| | | | |
| Custom Feeding Payments | | | |
| | | | |
| Other Farm Income | | | |
| (Please specify source) | | | |
| | | | |
| New Loans (specify source) | | | |
| | | | |
| | | | |

| B. WAGES FROM OUTSIDE WORK | | 10/31/2023 |
|---|---|---|
| | Month | Year To Date |
| Gary A Sande | $0.00 | $0.00 |
| Evelyn L Sande | $1,864.61 | $40,454.28 |

| C. OTHER RECEIPTS | | |
|---|---|---|
| Social Security-Gary A Sande | $3,514.00 | $19,768.00 |
| Social Security-Evelyn L Sande | $1,966.00 | $15,691.00 |
| Other: | | |
| CHS Dividend | $140.27 | $140.27 |
| MT Tax Refund | $1,734.00 | $1,734.00 |
| Previous Months Other | | $10,401.51 |
| Total Cash Receipts | $9,218.88 | $88,189.06 |

D. CROP and LIVESTOCK ON HAND

| Year | | Total / Unit | |
|---|---|---|---|
| 2023 | Hard Red Winter Wht | 18,000 BU | $6/BU |

| II. EXPENSES PAID | | | | 10/31/2023 |
|---|---|---|---|---|
| A. HOUSEHOLD | | | | |
| PAYEE | CHECK # | DATE | AMOUNT | PURPOSE |
| Energy West | online | 10/04/23 | 13.72 | Utilities-Gt Falls |
| Spectrum | online | 10/05/23 | 79.99 | Utilities-Gt Falls |
| Chouteau Cnty Treas | 9295 | 10/10/23 | 251.69 | License & Reg. Buick |
| Central MT Eyecare | debit | 10/10/23 | 371.04 | Medical-E |
| Protective Life | online | 10/12/23 | 226.55 | Ins-E |
| VA | online | 10/13/23 | 42.00 | Medical-G |
| Blue Cross Med Adv | 9296 | 10/20/23 | 129.00 | Ins-E |
| CUMC | 9297 | 10/20/23 | 100.00 | donation |
| NW Energy | online | 10/31/23 | 62.36 | Utilities-Gt Falls |
| Various | debit | various | 96.73 | Food-E |
| Various | debit | various | 44.30 | Gas-E |
| Various | debit | various | 337.09 | Food-G |
| | | | | |
| Total | | | 1,754.39 | |

# II. EXPENSES PAID    10/31/2023

## B. FARM EXPENSES

| PAYEE | CHECK # | DATE | AMOUNT | PURPOSE |
|---|---|---|---|---|
| Town of Geraldine | 9291 | 09/20/23 | 69.04 | Utilities-Farm |
| Thomas Repair | 9292 | 09/29/23 | 221.23 | Repairs-Farm |
| Central MT Propane | 9293 | 09/29/23 | 306.24 | Utilities-Farm |
| American General | online | 10/05/23 | 404.60 | Ins-G |
| American General | online | 10/06/23 | 99.36 | Ins-G |
| Town of Geraldine | 9294 | 10/06/23 | 69.04 | Utilities-Farm |
| US Bank | online | 10/10/23 | 18.00 | Office Expense-Printed CKs |
| Cash | debit | 10/11/23 | 300.00 | Gary-draw |
| NW Energy | online | 10/12/23 | 106.95 | Utilities-Farm |
| Hoglunds | debit | 10/12/23 | 113.90 | Work Clothing-G |
| Tire Rama | debit | 10/12/23 | 1,341.75 | Repairs-Farm |
| Governors Keep | debit | 10/13/23 | 81.73 | |
| Triangle Comm | online | 10/16/23 | 165.77 | Utilities-Farm |
| Verizon | online | 10/23/23 | 291.83 | Utilities-Farm |
| Chouteau Cnty Treas | debit | 10/31/23 | 263.63 | License & Reg 2017 PU |
| Various | debit | various | 704.09 | Gas-farm |
| Total | | | 4,557.16 | |

| C. TOTAL PAYMENTS MADE TO CHAPTER 12 TRUSTEE | | 10/31/2023 | |
|---|---|---|---|
| | | $ | |
| TOTAL EXPENSES FOR MONTH | | | $6,311.55 |
| CASH PROFIT (LOSS) FOR MONTH | | | $2,907.33 |
| OTHER NON-CASH LOSSES: | | | |
| Loss Due to Crop Failure or Damage | | | |
| Loss Due to Death or Disease of Livestock or Poultry | | | |

## III. CASH RECONCILIATION

| | | |
|---|---|---|
| Cash and Bank Accounts Balance at Beginning of Month: | | $13,487.19 |
| Profit (or Loss) during Month: | | $2,907.33 |
| Cash and Bank Account Balance at End of Month: | | $16,394.52 |

## IV. EXPENSES CHARGED BUT NOT PAID DURING MONTH

| Due Date | Expense | Amount | |
|---|---|---|---|
| 11/15/23 | Land Lease | 10,979.50 | State of MT - DNRC |
| 11/30/23 | Property Taxes | 2,768.75 | Chouteau Cnty Treas-GAS |
| 11/30/23 | Property Taxes | 1,517.04 | Chouteau Cnty Treas-ELS |
| 11/30/23 | Property Taxes | 646.30 | Chouteau Cnty Treas-Joint |
| 11/30/23 | MPCI Insurance | 9,772.00 | NAU Country Ins Co-GAS |
| 11/30/23 | Hail Insurance | 3,733.00 | NAU Country Ins Co-GAS |
| 11/30/23 | Property Taxes | 1,511.38 | Cascade County Treas-Joint |
| 12/11/23 | New Furnace-Gt Falls | 4,369.75 | Kindred Plumbing & Heating |

I CERTIFY UNDER PENALTY OF PERJURY THAT I HAVE READ THE FOREGOING STATEMENT AND IT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF

11-20-2023 *[signature]*

DATE  DEBTOR(S) / OFFICER OF DEBTOR(S)



P.O. Box 1800
Saint Paul, Minnesota 55101-0800

5258     IMG          S          X     ST01

**Uni-Statement**
Account Number:
9385
Statement Period:
Oct 1, 2023
through
Oct 31, 2023

Page 1 of 5

000250812 00  SP      106481876114970 E
GARY SANDE
EVELYN SANDE
3207 7TH AVE S
GREAT FALLS MT  59405-3404

          To Contact U.S. Bank
**By Phone:**              800-673-3555
**U.S. Bank accepts Relay Calls**
**Internet:**              usbank.com

## NEWS FOR YOU



Scan here with your phone's camera to download the U.S. Bank Mobile App.

## INFORMATION YOU SHOULD KNOW

Effective November 13, 2023, please review updates made to the *Consumer Pricing Information* disclosure which may affect your rights.

Beginning October 11, 2023, you can review the full revised disclosure at
**usbank.com/CPI-upcoming-version** by calling 24-Hour Banking at 800-USBANKS (872-2657) or by visiting your local U.S. Bank branch. We accept relay calls.

**Here's what you should know:**

- Added clarification to the U.S. Bank Smartly® Checking consumer credit card Monthly Maintenance Fee waiver requirement to include that the waiver requires the customer to be an account owner of the credit card.
- For the U.S. Bank Smart Rewards®, Primary, Plus, Premium and Pinnacle tier Non-U.S. Bank ATM Surcharge charged by ATM Owner benefit, changed benefit to Domestic only.
- As a new Smart Rewards® benefit (under Other Product Benefits), added Home Equity Line of Credit Annual Fee Discount. A U.S. Bank Smartly® Checking account must be opened and enrolled in Smart Rewards. Eligibility for this benefit will occur when a Smart Rewards tier is assigned, generally five business days after enrollment.

If you have questions, please call us at 800-USBANKS (872-2657) - we're available to help] You can also schedule an appointment at **usbank.com/book** to speak with a banker in person, by phone or virtually.

Effective November 13, 2023, please review updates made to the *Your Deposit Account Agreement* document which may affect your rights.

Beginning October 11, 2023, you can review the full revised document at
**usbank.com/YDAA-upcoming-version**, by calling 24-Hour Banking at 800-USBANKS (872-2657) or by visiting your local U.S. Bank branch. We accept relay calls.

**Here's what you should know:**

- Under **Owner's Authority** section, added U.S. Bank makes no warranty or representation as to the suitability of any deposit product outside the United States of America.
- Under **Insufficient Funds and Overdrafts** section, removed language that states an Overdraft Paid Fee may be charged if the Available Balance was positive at the time the debit card transaction was authorized.
- Under **Withdrawal Rights, Ownership of Account, and Beneficiary Designation** section, **Accounts Established Under the Uniform Transfers to Minors Act or Uniform Gifts to Minors Act ("UTMA/UGMA")** sub-section, added language stating U.S. Bank may contact the minor for instructions, unless prior written notice is received and supporting documentation establishing that the minor has not yet reached the age of termination.

If you have questions, please call us at 800-USBANKS (872-2657) - we're available to help] You can also schedule an appointment at **usbank.com/book** to speak with a banker in person, by phone or virtually.



GARY SANDE
EVELYN SANDE
3207 7TH AVE S
GREAT FALLS MT 59405-3404

**Uni-Statement**
Account Number:
9385
Statement Period:
Oct 1, 2023
through
Oct 31, 2023



Page 2 of 5

## SILVER ELITE CHECKING

U.S. Bank National Association

Member FDIC
Account Number 9385

### Account Summary

| | | |
|---|---:|---:|
| Beginning Balance on Oct 1 | $ | 9,477.02 |
| Deposits / Credits | | 9,218.88 |
| Card Withdrawals | | 3,354.26- |
| Other Withdrawals | | 1,811.15- |
| Checks Paid | | 1,146.16- |
| Ending Balance on Oct 31, 2023 | $ | 12,384.33 |

| | | |
|---|---:|---:|
| Interest Paid this Year | $ | 0.03 |
| Number of Days in Statement Period | | 31 |

### Deposits / Credits

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---:|
| Oct 11 | Deposit | | 8615921058 | $ 140.27 |
| Oct 11 | Federal Benefit Deposit | From SSA TREAS 310 | | 1,525.00 |
| | REF=232780070462700N00 | XXSOC SEC 9031736042 3854A S | | |
| Oct 16 | Electronic Deposit | From PRAIRIE MOUNTAIN | | 1,864.61 |
| | REF=232860162131090N00 | DIRECT PAY1810443838 | | |
| Oct 19 | Federal Benefit Deposit | From SSA TREAS 310 | | 441.00 |
| | REF=232910100481730N00 | XXSOC SEC 9101036669 3854A S | | |
| Oct 20 | Federal Benefit Deposit | From SSA TREAS 310 | | 1,708.00 |
| | REF=232920030651190N00 | XXSOC SEC 9101036669 4418A S | | |
| Oct 23 | Deposit | | 8015782495 | 1,734.00 |
| Oct 25 | Federal Benefit Deposit | From SSA TREAS 310 | | 1,806.00 |
| | REF=232930034508040N00 | XXSOC SEC 9031036360 4418A S | | |
| | | **Total Deposits / Credits** | $ | **9,218.88** |

### Card Withdrawals

Card Number: xxxx-xxxx-xxxx-3939

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---:|
| Oct 2 | Debit Purchase | SUPER1 FOODS GR GREAT FALLS MT | | $ 31.48- |
| | 126730 | On 100123 MAESTERM REF 126730 | | |
| Oct 10 | Debit Purchase | SUPER1 FOODS GR GREAT FALLS MT | | 5.52- |
| | 393896 | On 100823 MAESTERM REF 393896 | | |
| Oct 10 | Debit Purchase | SUPER1 FOODS GR GREAT FALLS MT | | 15.06- |
| | 342426 | On 100723 MAESTERM REF 342426 | | |
| Oct 10 | Debit Purchase - VISA | On 100923 GREAT FALLS MT | 3122839090 | 371.04- |
| | CENTRAL MONTANA | REF # 24755423283122839090504 | | |
| Oct 20 | Debit Purchase | SUPER1 FOODS GR GREAT FALLS MT | | 25.32- |
| | 617869 | On 101923 MAESTERM REF 617869 | | |
| Oct 23 | Debit Purchase | SUPER1 FOODS GR GREAT FALLS MT | | 19.35- |
| | 374668 | On 102123 MAESTERM REF 374668 | | |
| Oct 24 | Debit Purchase - VISA | On 102323 GREAT FALLS MT | 6002654547 | 44.30- |
| | CONOCO - ON YOUR | REF # 24034543296002654547866 | | |
| | | **Card 3939 Withdrawals Subtotal** | $ | **512.07-** |

Card Number: xxxx-xxxx-xxxx-3094

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---:|
| Oct 2 | Debit Purchase - VISA | On 100123 Geraldine MT | 4101962813 | $ 8.28- |
| | SQ *FRESH START | REF # 24692163274101962813535 | | |
| Oct 2 | Debit Purchase | RIVER MARKET FORT BENTON MT | | 14.76- |
| | 792297 | On 093023 MAESTERM REF 792297 | | |
| Oct 2 | Debit Purchase | 2118 ST CHARLES FORT BENTON MT | | 87.33- |
| | 087742 | On 092923 MAESTERM REF 087742 | | |
| Oct 5 | Debit Purchase | RIVER MARKET FORT BENTON MT | | 21.30- |
| | 155859 | On 100423 MAESTERM REF 155859 | | |
| Oct 5 | Debit Purchase | JOYCE FEED & FUE FORT BENTON MT | | 54.23- |
| | 547427 | On 100423 MAESTERM REF 547427 | | |
| Oct 10 | Debit Purchase | RIVER MARKET FORT BENTON MT | | 15.96- |
| | 191735 | On 100623 MAESTERM REF 191735 | | |
| Oct 10 | Debit Purchase | JOYCE FEED & FUE FORT BENTON MT | | 54.25- |
| | 754518 | On 100623 MAESTERM REF 754518 | | |



GARY SANDE
EVELYN SANDE
3207 7TH AVE S
GREAT FALLS MT 59405-3404

**Uni-Statement**
Account Number: 9385
Statement Period:
Oct 1, 2023
through
Oct 31, 2023

Page 3 of 5

## SILVER ELITE CHECKING (CONTINUED)
U.S. Bank National Association  
Account Number 9385

**Card Withdrawals (continued)**
Card Number: xxxx-xxxx-xxxx-3094

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Oct 11 | Debit Purchase 470507 | JOYCE FEED & FUE FORT BENTON MT On 101123 MAESTERM REF 470507 | | 48.79- |
| Oct 12 | Debit Purchase 537843 | HOGLUNDS WESTERN GREAT FALLS MT On 101223 MAESTERM REF 537843 | | 113.90- |
| Oct 12 | Debit Purchase 712015 | TIRE RAMA 303 GF GREAT FALLS MT On 101223 ILNKILNK REF 328520712015 | 1510121531 | 1,341.75- |
| Oct 13 | Debit Purchase - VISA THE GOVERNORS KE | On 101123 FORT BENTON MT REF # 24013393285001338703711 | 5001338703 | 81.73- |
| Oct 16 | Debit Purchase 928861 | JOYCE FEED GERALDINE MT On 101623 MAESTERM REF 928861 | | 34.00- |
| Oct 16 | Debit Purchase 863477 | RIVER MARKET FORT BENTON MT On 101423 MAESTERM REF 863477 | | 54.79- |
| Oct 16 | Debit Purchase 856968 | JOYCE FEED & FUE FORT BENTON MT On 101323 MAESTERM REF 856968 | | 72.16- |
| Oct 16 | Debit Purchase 660627 | JOYCE FEED & FUE FORT BENTON MT On 101423 MAESTERM REF 660627 | | 87.06- |
| Oct 19 | Debit Purchase 891291 | JOYCE FEED GERALDINE MT On 101823 MAESTERM REF 891291 | | 93.15- |
| Oct 23 | Debit Purchase 219507 | RIVER MARKET FORT BENTON MT On 102023 MAESTERM REF 219507 You Requested $20 In Cash Back | | 32.13- |
| Oct 23 | Debit Purchase 916711 | H & R 571 GREAT FALLS MT On 102123 MAESTERM REF 916711 | | 75.00- |
| Oct 25 | Debit Purchase - VISA SQ *MILK & HONEY | On 102423 GERALDINE MT REF # 24692163297100758962731 | 7100758962 | 8.50- |
| Oct 26 | Debit Purchase - VISA SQ *FRESH START | On 102523 Geraldine MT REF # 24692163298101774085969 | 8101774085 | 8.06- |
| Oct 30 | Debit Purchase 888834 | RIVER MARKET FORT BENTON MT On 102723 MAESTERM REF 888834 | | 34.50- |
| Oct 30 | Debit Purchase 001408 | JOYCE FEED & FUE FORT BENTON MT On 103023 MAESTERM REF 001408 | | 98.12- |
| Oct 31 | Debit Purchase - VISA CHOUTEAU CO SVC | On 103023 FORT WORTH TX REF # 24207853303204100043806 | 3204100043 | 6.18- |
| Oct 31 | Debit Purchase 445604 | RIVER MARKET FORT BENTON MT On 103023 MAESTERM REF 445604 | | 14.37- |
| Oct 31 | Debit Purchase 713026 | SAMSCLUB #6379 GREAT FALLS MT On 103123 MAESTERM REF 713026 | | 124.44- |
| Oct 31 | Debit Purchase - VISA CHOUTEAU COUNTY, | On 103023 FORT BENTON MT REF # 24207853303204100043830 | 3204100043 | 257.45- |

Card 3094 Withdrawals Subtotal $ 2,842.19-

Total Card Withdrawals $ 3,354.26-

**Other Withdrawals**

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Oct 4 | Electronic Withdrawal REF=232770099152980N00 | To ENERGY WEST MONT 0000000160BILLPAY ENERGY WEST MON | $ | 13.72- |
| Oct 5 | Electronic Withdrawal REF=232770149482490N00 | To SPECTRUM SPECTRUM 0000358635 | | 79.99- |
| Oct 5 | Electronic Withdrawal REF=232770212935890N00 | To AMERICAN GEN LIF INS_PAYMT 4250598210 | | 404.60- |
| Oct 6 | Electronic Withdrawal REF=232780109412900N00 | To AMERICAN GEN LIF INS PAYMT 1620306330 | | 99.38- |
| Oct 10 | Check Printing Charge | | | 18.00- |
| Oct 11 | Customer Withdrawal | | 8615921057 | 300.00- |



GARY SANDE
EVELYN SANDE
3207 7TH AVE S
GREAT FALLS MT  59405-3404

**Uni-Statement**

Account Number:
9385
Statement Period:
Oct 1, 2023
through
Oct 31, 2023



Page 4 of 5

# SILVER ELITE CHECKING (CONTINUED)

U.S. Bank National Association                                    Account Number    9385

## Other Withdrawals (continued)

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Oct 12 | Electronic Withdrawal REF=232850051657750N00 | To NW ENERGY 0000000160BILLPAY  NW ENERGY | | 106.95- |
| Oct 12 | Electronic Withdrawal REF=232840142497060N00 | To PROTECTIVE LIFE INS. PREM.9205920592 | | 226.55- |
| Oct 13 | Electronic Withdrawal REF=232850136335350N00 | To VA MEDICAL COPAY 3600120013HRCPAYMENT6PFFGLU1SA1 | | 42.00- |
| Oct 16 | Electronic Withdrawal REF=232860177032960N00 | To TRIANGLE COMMUNI TELE BILL 1816005237 | | 165.77- |
| Oct 23 | Electronic Withdrawal REF=232930024636120N00 | To VERIZON WIRELESS PAYMENTS  6223344794 | | 291.83- |
| Oct 31 | Electronic Withdrawal REF=233040040573430N00 | To NW ENERGY 0000000160BILLPAY  NW ENERGY | | 62.36- |

**Total Other Withdrawals**  $  **1,811.15-**

## Checks Presented Conventionally

| Check | Date | Ref Number | Amount | Check | Date | Ref Number | Amount |
|---|---|---|---|---|---|---|---|
| 9291 | Oct 2 | 8016810296 | 69.04 | 9295 | Oct 12 | 8914289112 | 251.61 |
| 9292 | Oct 3 | 8313661845 | 221.23 | 9296 | Oct 24 | 8314999150 | 129.00 |
| 9293 | Oct 6 | 9214443937 | 306.24 | 9297 | Oct 31 | 8314931270 | 100.00 |
| 9294 | Oct 13 | 9214198264 | 69.04 | | | | |

**Conventional Checks Paid (7)**  $  **1,146.16-**

## Balance Summary

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|---|---|---|---|---|---|
| Oct 2 | 9,266.13 | Oct 11 | 8,902.09 | Oct 23 | 11,465.61 |
| Oct 3 | 9,044.90 | Oct 12 | 6,861.33 | Oct 24 | 11,292.31 |
| Oct 4 | 9,031.18 | Oct 13 | 6,668.56 | Oct 25 | 13,089.81 |
| Oct 5 | 8,471.06 | Oct 16 | 8,119.39 | Oct 26 | 13,081.75 |
| Oct 6 | 8,065.44 | Oct 19 | 8,467.24 | Oct 30 | 12,949.13 |
| Oct 10 | 7,585.61 | Oct 20 | 10,149.92 | Oct 31 | 12,384.33 |

Balances only appear for days reflecting change.



GARY SANDE
EVELYN SANDE
3207 7TH AVE S
GREAT FALLS MT 59405-3404

**Uni-Statement**
Account Number: 9385
Statement Period:
Oct 1, 2023
through
Oct 31, 2023

Page 5 of 5

## IMAGES FOR YOUR SILVER ELITE CHECKING ACCOUNT

Account Number 9385   Member FDIC

| Check | Date | Amount |
|---|---|---|
| 9291 | Oct 02 | 69.04 |
| 9292 | Oct 03 | 221.23 |
| 9293 | Oct 06 | 306.24 |
| 9294 | Oct 13 | 69.04 |
| 9295 | Oct 12 | 251.61 |
| 9296 | Oct 24 | 129.00 |
| 9297 | Oct 31 | 100.00 |
| 286881156* | Oct 11 | 300.00 |

\* Gap in check sequence

2:19-bk-61079-BPH   Doc#: 419   Filed: 12/01/23   Page 10 of 14

CITIZENS ALLIANCE BANK
409 3RD STREET NW
GREAT FALLS, MT 59404
Tel: (406) 403-7460


FINANCIAL SERVICES STATEMENT


Customer Driven. Community Focused.

GARY A SANDE
25991 MT HWY 80
PO BOX 165
GERALDINE MT 59446-0165

Statement Date: **11/07/2023**　　　　　　　　　　　　　Account No.:　**X8415** Page: 1

**This Statement Cycle Reflects 32 Days**

### SIMPLE CONSUMER CHECKING SUMMARY

Type: **REG   Status: Active

| Category | Number | Amount |
|---|---|---|
| Balance Forward From 10/06/23 |  | 567.15 |
| Deposits | 1 | 1,000.00+ |
| Debits |  | 0.00 |
| Ending Balance On 11/07/23 |  | 1,567.15 |
| Average Balance (Ledger) | 785.90+ |  |

### STATEMENT PERIOD ACTIVITY

| Date | Check/Description | Amount | Balance |
|---|---|---|---|
| 11/01/23 | DEPOSIT | 1,000.00+ | 1,567.15 |

**Direct Inquiries About Electronic Entries To:**
Phone: (406) 403-7460

Continued　　　11/8504/1



GARY A SANDE  
Account No. : X8415  
Stmt. Date : 11/07/2023  

Bank : 604  
Images : 1  
Page : 2  

## IMAGE STATEMENT



AM: 1,000.00 CK:  DT: 11/01 SQ: 61700570 Deposit



End Statement   11/8504/2E



P.O. Box 1800
Saint Paul, Minnesota 55101-0800

5258    IMG         S    X    ST01



000006170 00  SP      106481870108335 E
EVELYN SANDE
3207 7TH AVE S
GREAT FALLS MT  59405-3404

**Uni-Statement**

Account Number:
7424

Statement Period:
Sep 26, 2023
through
Oct 24, 2023

Page 1 of 2

**To Contact U.S. Bank**

By Phone:    800-US BANKS
             (800-872-2657)

U.S. Bank accepts Relay Calls

Internet:    usbank.com

## NEWS FOR YOU



Scan here with your phone's camera to download the U.S. Bank Mobile App.

## INFORMATION YOU SHOULD KNOW

Effective November 13, 2023, please review updates made to the *Consumer Pricing Information* disclosure which may affect your rights.

Beginning October 11, 2023, you can review the full revised disclosure at **usbank.com/CPI-upcoming-version** by calling 24-Hour Banking at 800-USBANKS (872-2657) or by visiting your local U.S. Bank branch. We accept relay calls.

**Here's what you should know:**

- Added clarification to the U.S. Bank Smartly® Checking consumer credit card Monthly Maintenance Fee waiver requirement to include that the waiver requires the customer to be an account owner of the credit card.
- For the U.S. Bank Smart Rewards®, Primary, Plus, Premium and Pinnacle tier Non-U.S. Bank ATM Surcharge charged by ATM Owner benefit, changed benefit to Domestic only.
- As a new Smart Rewards® benefit (under Other Product Benefits), added Home Equity Line of Credit Annual Fee Discount. A U.S. Bank Smartly® Checking account must be opened and enrolled in Smart Rewards. Eligibility for this benefit will occur when a Smart Rewards tier is assigned, generally five business days after enrollment.

If you have questions, please call us at 800-USBANKS (872-2657) - we're available to help] You can also schedule an appointment at **usbank.com/book** to speak with a banker in person, by phone or virtually.

Effective November 13, 2023, please review updates made to the *Your Deposit Account Agreement* document which may affect your rights.

Beginning October 11, 2023, you can review the full revised document at **usbank.com/YDAA-upcoming-version**, by calling 24-Hour Banking at 800-USBANKS (872-2657) or by visiting your local U.S. Bank branch. We accept relay calls.

**Here's what you should know:**

- Under **Owner's Authority** section, added U.S. Bank makes no warranty or representation as to the suitability of any deposit product outside the United States of America.
- Under **Insufficient Funds and Overdrafts** section, removed language that states an Overdraft Paid Fee may be charged if the Available Balance was positive at the time the debit card transaction was authorized.
- Under **Withdrawal Rights, Ownership of Account, and Beneficiary Designation** section, **Accounts Established Under the Uniform Transfers to Minors Act or Uniform Gifts to Minors Act ("UTMA/UGMA")** sub-section, added language stating U.S. Bank may contact the minor for instructions, unless prior written notice is received and supporting documentation establishing that the minor has not yet reached the age of termination.

If you have questions, please call us at 800-USBANKS (872-2657) - we're available to help] You can also schedule an appointment at **usbank.com/book** to speak with a banker in person, by phone or virtually.

 EVELYN SANDE
3207 7TH AVE S
GREAT FALLS MT 59405-3404

**Uni-Statement**
Account Number:
7424
Statement Period:
Sep 26, 2023
through
Oct 24, 2023



Page 2 of 2

## SILVER ELITE CHECKING

*Member FDIC*

U.S. Bank National Association

**Account Number** 7424

### Account Summary

| | | | | |
|---|---|---|---|---|
| Beginning Balance on Sep 26 | $ | 3,413.65 | Number of Days in Statement Period | 29 |
| **Ending Balance on Oct 24, 2023** | $ | **3,413.65** | | |