# CHAPTER 12 MONTHLY REPORT

Name of Debtor: Derek L Sande / Sande Farms LLC
Case NO: 19-61079 and 19-60962

For Month Ending: 8/31/2023

## MONTHLY CASH RECEIPTS AND DISBURSMENTS

**I. CASH RECEIPTS**

**A. FARM INCOME**

GRAIN SALES

| Unit | CROP | Price/Unit | MONTH | Year to Date |
|---|---|---|---|---|
| bushel | Wheat | $9.00 | $60,210.30 | $229,020.16 |
| ton | Hay/Alfalfa | $200 | | $110,263.00 |
| bushel | Peas | $ | | |
| bushel | Barley | $ | | $138,655.69 |
| bushel | Durum | | | |

LIVESTOCK SALES

| Type | #hd | weight | price/lb | | Year to Date |
|---|---|---|---|---|---|
| calves | | | | | |
| cows | | | | | |
| hogs | | | | | |
| feeder pigs | | | | | |
| lambs | | | | | |
| eggs | | | | | |
| poultry | | | | | |
| milk | | | | | |
| other | | | | | |

| | Month | Year to Date |
|---|---|---|
| Misc Farm Income | | |
| Crop Insurance Payments | $50,488.00 | $328,159.00 |
| Contract Payments | | |
| Other Ins Payments | | |
| Rent Payments | | |
| Government Payments | | $28,478.86 |

|  | Month | Year To Date |
|---|---|---|
| Custom Farming Income |  | $9,000.00 |
| Custom Feeding Income |  |  |
| Other Income (SandeFarms LLC Transfer) |  |  |
| New Loans (CCC Grain Loan) |  |  |

B. **WAGES FROM OUTSIDE WORK**

|  | Month | Year To Date |
|---|---|---|
| Husband |  |  |
| Wife |  |  |

C. **OTHER RECEIPTS**

|  | Month | Year To Date |
|---|---|---|
| Social Security |  |  |
| Other |  |  |
| Equipment Sales |  | $27,000.00 |
|  |  |  |

|  | Month | Year To Date |
|---|---|---|
| **Total Cash Receipts** | $110,698.30 | $870,576.71 |

D. **CROP AND LIVESTOCK ON HAND**

| Crop | Year | Amount |  | $/unit | Total Value |
|---|---|---|---|---|---|
| W Wheat | 2023 | 32500 | bu | $6 | $195,000 |
| S Wheat | 2023 | 31000 | bu | $7 | $217,000 |
| Barley | 2023 | 50000 | bu | $5 | $250,000 |
| Alfalfa | 2023 | 800 | ton | $150.00 | $120,000 |
|  |  |  | bu | $22.00 | $0 |
|  |  |  | ton | $200.00 | $0 |
| Flax | 2021 | 600 | BU | $22.00 | $13,200 |
| Durum (Seed) |  | 1100 | bu | $16.00 | $17,600 |
| S Wheat (Seed) |  | 2500 | bu | $11.00 | $27,500 |
| Flax (Seed) |  | 400 | bu | $22.00 | $8,800 |

| Total Crop on Hand Value | $849,100 |
|---|---|

**II.** EXPENSES PAID

**A. HOUSEHOLD**

| Payee | Check # | Date | Amount | Purpose |
|---|---|---|---|---|
| Amazon | Debit | 8/2/2023 | $8.99 | Misc |
| River Market | Debit | 8/7/2023 | $78.15 | Groceries |
| Amazon | Debit | 8/7/2023 | $3.79 | Misc |
| Bryan Cartwright | PayPal | 8/8/2023 | $20.00 | Misc |
| Enrollment First | Debit | 8/16/2023 | $401.72 | Health Ins |
| PayPal | Debit | 8/21/2023 | $118.00 | Misc |
| River Market | Debit | 8/28/2023 | $98.72 | Groceries |

TOTAL HOUSEHOLD EXPENSE $729.37

B. **FARM EXPENSES**

| Payee | Check # | Date | Amount | Purpose |
|---|---|---|---|---|
| Joyce Fuel & Feed | Debit | 8/1/2023 | $205.50 | Fuel |
| Republic Services | Debit | 8/1/2023 | $90.79 | Garbage Service |
| Joyco | Debit | 8/2/2023 | $75.66 | Fuel |
| Joyce Fuel & Feed | Debit | 8/4/2023 | $250.61 | Fuel |
| Nationwide | Debit | 8/7/2023 | $3,617.83 | P&C Ins |
| Bobcat Co | Debit | 8/9/2023 | $207.10 | Parts |
| Frielings Ag | Debit | 8/14/2023 | $50,500.00 | Combine Lease |
| NW Energy | Debit | 8/14/2023 | $743.66 | Electricity |
| Joyce Fuel & Feed | Debit | 8/15/2023 | $185.80 | Fuel |
| Hill County Electric | Debit | 8/15/2023 | $144.60 | Electricity |
| Triangle Telephone | Debit | 8/15/2023 | $219.16 | Phone/Net |
| Frontline Ag | Debit | 8/18/2023 | $403.56 | Parts |
| Joyce Fuel & Feed | Debit | 8/21/2023 | $100.68 | Parts |
| Frontline Ag | Debit | 8/22/2023 | $60.81 | Parts |
| Joyco | Debit | 8/28/2023 | $123.15 | Fuel |

**Sande Farms Account**

| Payee | Check # | Date | Amount | Purpose |
|---|---|---|---|---|
| Josh Brooking | 1339 | 8/2/2023 | $1,230.38 | Wages |
| Joyce Fuel & Feed | 1341 | 8/7/2023 | $798.50 | Truck Fuel |
| Josh Brooking | 1343 | 8/15/2023 | $1,230.38 | Wages |
| Joyce Fuel & Feed | 1344 | 8/22/2023 | $4,127.68 | Farm Fuel |
| Triangle Leaseing | 1342 | 8/29/2023 | $8,329.00 | Header Lease |

TOTAL FARM EXPENSE — $72,644.85

|   |   | | Year to Date |
|---|---|---|---|
| C. | **TOTAL PAYMENTS MADE TO CHAPTER 12 TRUSTEE** | | $483,218.88 |
|   | TOTAL EXPENSES FOR MONTH | | $73,374.22 |
|   | CASH PROFIT (LOSS) FOR MONTH | | $37,324.08 |
|   | OTHER NON CASH LOSSES: | | |
|   | LOSS DUE TO CROP FAILURE OR DAMAGE | | |
|   | LOSS DUE TO DEATH OR DISEASE OF LIVESTOCK | | |

**III. CASH RECONCILIATION:**

| | |
|---|---|
| Cash and Bank Accounts Balance at Beginning of Month | $43,109.45 |
| Profit (or loss) during month | $37,324.08 |
| Cash and Bank Accounts Balance at End of Month | $80,433.53 |

**IV. EXPENSES CHARGED BUT NOT PAID DURING MONTH**

| Expense | Amount |
|---|---|
| | |

I CERTIFY UNDER PENALTY OF PERJURY THAT I HAVE READ THE FOREGOING STATEMENT, AND IT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.

| 12/18/2023 | Derek Lynn Sande |
|---|---|
| DATE | DEBTOR(S) / OFFICER OF DEBTOR(S) |



CITIZENS ALLIANCE BANK  
409 3RD STREET NW  
GREAT FALLS, MT 59404  
Tel: (406) 403-7460



**FINANCIAL SERVICES STATEMENT**

DEREK L SANDE  
5050 CUTBANK CREEK RD  
PO BOX 5  
GERALDINE MT 59446-0005

Statement Date: **09/07/2023**      Account No.: **X5169**  Page: 1

**This Statement Cycle Reflects 31 Days**

### SIMPLE CONSUMER CHECKING SUMMARY

Type: **REG**   Status: Active

| Category | Number | Amount |
|---|---|---|
| Balance Forward From 08/07/23 |  | 3,212.15 |
| Debits | 1 | 936.34 |
| Automatic Withdrawals | 16 | 71,494.65 |
| Automatic Deposits | 5 | 115,616.30 + |
| Card Activity | 12 | 3,188.93 |
| Ending Balance On 09/07/23 |  | 43,208.53 |
| Average Balance (Ledger) | 14,452.55 + |  |

### STATEMENT PERIOD ACTIVITY

| Date | Check/Description | Amount | Balance |
|---|---|---|---|
| 08/08/23 | PAYPAL INST XFER | 20.00 | 3,192.15 |
| 08/09/23 | 0307 VSA PUR BOBCAT COMPANY 844-926-2228 ND (08/08/23 18:41:58) | 207.10 | 2,985.05 |
| 08/10/23 | EGT, LLC EDI PYMNTS ISA 00 00 ZZ BUGE ZZ WELLS FARGO 230809 091 | 6,021.22 + | 9,006.27 |
| 08/14/23 | MOBILE TRANSFER FROM CHK 5169 TO CHK 6369 3253845 | 1,250.00 | 7,756.27 |
| 08/14/23 | 0307 VSA PUR FRIELINGS AG EQUIPMENT BLACK EAGLE MT (08/14/23 03:24:56) | 1,500.00 | 6,256.27 |
| 08/14/23 | NW ENERGY BILLPAY | 51.57 | 6,204.70 |
| 08/14/23 | NW ENERGY BILLPAY | 74.82 | 6,129.88 |
| 08/14/23 | NW ENERGY BILLPAY | 249.58 | 5,880.30 |
| 08/14/23 | NW ENERGY BILLPAY | 367.69 | 5,512.61 |
| 08/15/23 | 0307 VSA PUR 76 - JOYCE FEED GERALDINE MT (08/14/23 19:08:23) | 132.12 | 5,380.49 |
| 08/15/23 | 0307 VSA PUR 76 - JOYCE FEED GERALDINE MT (08/15/23 05:36:15) | 53.68 | 5,326.81 |
| 08/15/23 | HILL COUNTY ELEC WEB PMTS | 144.60 | 5,182.21 |
| 08/15/23 | TRIANGLE TELEPHO WEB PMTS | 219.16 | 4,963.05 |
| 08/16/23 | ENROLLMENT FIRST ACH | 401.72 | 4,561.33 |
| 08/17/23 | EGT, LLC EDI PYMNTS ISA 00 00 ZZ BUGE ZZ WELLS FARGO 230816 101 | 46,211.49 + | 50,772.82 |
| 08/17/23 | MOBILE TRANSFER FROM CHK 5169 TO CHK 4472 8603902 | 49,000.00 | 1,772.82 |
| 08/18/23 | 0307 VSA PUR FRONTLINE-GREAT FALLS GREAT FALLS MT (08/18/23 08:43:01) | 403.56 | 1,369.26 |

Continued      11/1890/1

CITIZENS ALLIANCE BANK
409 3RD STREET NW
GREAT FALLS, MT 59404
Tel: (406) 403-7460


FINANCIAL SERVICES STATEMENT



Statement Date: **09/07/2023**  Account No.: **X5169** Page: **2**

### STATEMENT PERIOD ACTIVITY (cont.)

| Date | Check/Description | Amount | Balance |
|---|---|---|---|
| 08/21/23 | 0307 VSA PUR 76 - JOYCE FEED GERALDINE MT (08/19/23 09:02:12) | 100.68 | 1,268.58 |
| 08/21/23 | PAYPAL INST XFER | 118.00 | 1,150.58 |
| 08/22/23 | 0307 VSA PUR FRONTLINE AG SOLUTIONS CONRAD MT (08/22/23 03:30:43) | 60.81 | 1,089.77 |
| 08/28/23 | 0307 PUR RIVER MARKET FORT BENTON MT (08/25/23 22:47:54) | 98.72 | 991.05 |
| 08/28/23 | 0307 VSA PUR JOYCO CONVENIENC FORT BENTON MT (08/25/23 23:00:45) | 123.15 | 867.90 |
| 08/29/23 | EGT, LLC EDI PYMNTS ISA 00 00 ZZ BUGE ZZ WELLS FARGO 230828 094 | 7,977.59+ | 8,845.49 |
| 08/30/23 | NAU COUNTRY INS. EC23082901 | 36,649.00+ | 45,494.49 |
| 09/01/23 | INTERNET TRANSFER FROM CHK 5169 TO CHK 6369 6186150 | 8,500.00 | 36,994.49 |
| 09/01/23 | 0307 VSA PUR FRONTLINE AG SOLUTIONS CONRAD MT (09/01/23 03:40:02) | 420.66 | 36,573.83 |
| 09/05/23 | 0307 VSA PUR AMAZON MUSIC T36W84UW1 888-802-3080 WA (09/02/23 01:15:40) | 8.99 | 36,564.84 |
| 09/05/23 | CHK#5120 | 936.34 | 35,628.50 |
| 09/06/23 | NAU COUNTRY INS. EC23090501 | 18,757.00+ | 54,385.50 |
| 09/06/23 | MOBILE TRANSFER FROM CHK 5169 TO CHK 4472 1879086 | 500.00 | 53,885.50 |
| 09/06/23 | MOBILE TRANSFER FROM CHK 5169 TO CHK 6369 8627882 | 2,500.00 | 51,385.50 |
| 09/07/23 | 0307 VSA PUR 76 - JOYCE FEED GERALDINE MT (09/06/23 20:48:54) | 79.46 | 51,306.04 |
| 09/07/23 | PINION PINION | 4,000.00 | 47,306.04 |
| 09/07/23 | NWEDI-996486797 EDI PYMNTS | 4,097.51 | 43,208.53 |

### CHECKS AND OTHER DEBITS

*\* indicates a gap in the check numbers*

| Date | Check # | Amount | Date | Check # | Amount | Date | Check # | Amount |
|---|---|---|---|---|---|---|---|---|
| 09/05/23 | 5120 | 936.34 | | | | | | |

**Direct Inquiries About Electronic Entries To:**
Phone: (406) 403-7460



**DEREK L SANDE**  Bank : 604
**Account No. :** X5169  Images : 1
**Stmt. Date :** 09/07/2023  Page : 3

# IMAGE STATEMENT



AM: 936.34 CK: 5120 DT: 09/05 SQ: 80600850 Paid



End Statement  11/1890/3E

CITIZENS ALLIANCE BANK
409 3RD STREET NW
GREAT FALLS, MT 59404
Tel: (406) 403-7460


FINANCIAL SERVICES STATEMENT


Customer Driven. Community Focused.®

SANDE FARMS LLC
25991 MT HWY 80
PO BOX 5
GERALDINE MT 59446-0005

Statement Date: **08/31/2023**　　　　　　　　　　　　　　　　　Account No.: **X6369** Page: 1

**This Statement Cycle Reflects 31 Days**

## SIMPLE BUSINESS CHECKING SUMMARY

Type: **REG**　Status: Active

| Category | Number | Amount |
|---|---|---|
| Balance Forward From 07/31/23 | | 10,445.36 |
| Deposits | 1 | 13,839.00+ |
| Debits | 6 | 25,619.92 |
| Automatic Withdrawals | 1 | 1,000.00 |
| Automatic Deposits | 4 | 11,350.00+ |
| Ending Balance On 08/31/23 | | 9,014.44 |
| Average Balance (Ledger) | 12,257.50+ | |

## STATEMENT PERIOD ACTIVITY

| Date | Check/Description | Amount | Balance |
|---|---|---|---|
| 08/01/23 | MOBILE TRANSFER FROM CHK 5169 TO CHK 6369 1331020 | 1,300.00+ | 11,745.36 |
| 08/02/23 | CHK#1339 | 1,230.38 | 10,514.98 |
| 08/03/23 | CHK#1325 | 9,903.98 | 611.00 |
| 08/04/23 | MOBILE TRANSFER FROM CHK 5169 TO CHK 6369 1517167 | 8,300.00+ | 8,911.00 |
| 08/07/23 | INTERNET TRANSFER FROM CHK 4472 TO CHK 6369 7743508 | 500.00+ | 9,411.00 |
| 08/07/23 | CHK#1341 | 798.50 | 8,612.50 |
| 08/14/23 | MOBILE TRANSFER FROM CHK 5169 TO CHK 6369 3253845 | 1,250.00+ | 9,862.50 |
| 08/15/23 | CHK#1343 | 1,230.38 | 8,632.12 |
| 08/18/23 | DEPOSIT | 13,839.00+ | 22,471.12 |
| 08/18/23 | INTERNET TRANSFER FROM CHK 6369 TO CHK 4472 3970042 | 1,000.00 | 21,471.12 |
| 08/22/23 | CHK#1344 | 4,127.68 | 17,343.44 |
| 08/29/23 | CHK#1342 | 8,329.00 | 9,014.44 |

## CHECKS AND OTHER DEBITS

* indicates a gap in the check numbers

| Date | Check # | Amount | Date | Check # | Amount | Date | Check # | Amount |
|---|---|---|---|---|---|---|---|---|
| 08/03/23 | 1325 | 9,903.98 | 08/07/23 | 1341* | 798.50 | 08/15/23 | 1343 | 1,230.38 |
| 08/02/23 | 1339* | 1,230.38 | 08/29/23 | 1342 | 8,329.00 | 08/22/23 | 1344 | 4,127.68 |

CITIZENS ALLIANCE BANK
409 3RD STREET NW
GREAT FALLS, MT 59404
Tel: (406) 403-7460


FINANCIAL SERVICES STATEMENT



Statement Date: **08/31/2023**　　　　　　　　　　　　　　Account No.:　　**X6369** Page: **2**

**Direct Inquiries About Electronic Entries To:**
Phone: (406) 403-7460

Continued　　　11/2833/2



SANDE FARMS LLC　　　　　　　　　Bank :　　604
Account No. :　　X6369　　　　　　　Images :　　7
Stmt. Date :　　08/31/2023　　　　　Page :　　3

# IMAGE STATEMENT



AM: 13,839.00 CK:  DT: 08/18 SQ: 63000920 Deposit



AM: 9,903.98 CK: 1325 DT: 08/03 SQ: 80200930 Paid



AM: 1,230.38 CK: 1339 DT: 08/02 SQ: 80501040 Paid

AM: 798.50 CK: 1341 DT: 08/07 SQ: 80402840 Paid



AM: 8,329.00 CK: 1342 DT: 08/29 SQ: 80701250 Paid

AM: 1,230.38 CK: 1343 DT: 08/15 SQ: 81400380 Paid



AM: 4,127.68 CK: 1344 DT: 08/22 SQ: 81201380 Paid



End Statement　　11/2833/3E