# CHAPTER 12 MONTHLY REPORT

Name of Debtor: Derek L Sande / Sande Farms LLC
Case NO: 19-61079 and 19-60962

For Month Ending: 10/31/2023

## MONTHLY CASH RECEIPTS AND DISBURSMENTS

**I. CASH RECEIPTS**

**A. FARM INCOME**

### GRAIN SALES

| Unit | CROP | Price/Unit | MONTH | Year to Date |
|---|---|---|---|---|
| bushel | Wheat | $9.00 | $67,376.10 | $318,692.27 |
| ton | Hay/Alfalfa | $200 | | $110,263.00 |
| bushel | Peas | $ | | |
| bushel | Barley | $ | | $138,655.69 |
| bushel | Durum | | | |

### LIVESTOCK SALES

| Type | #hd | weight | price/lb | | Year to Date |
|---|---|---|---|---|---|
| calves | | | | | |
| cows | | | | | |
| hogs | | | | | |
| feeder pigs | | | | | |
| lambs | | | | | |
| eggs | | | | | |
| poultry | | | | | |
| milk | | | | | |
| other | | | | | |

| | MONTH | Year to Date |
|---|---|---|
| Misc Farm Income | | |
| Crop Insurance Payments | $143,538.00 | $490,454.00 |
| Contract Payments | | |
| Other Ins Payments | | $35,896.77 |
| Rent Payments | | |
| Government Payments | $3,458.00 | $31,936.86 |

|  | Month | Year To Date |
|---|---|---|
| Custom Farming Income |  | $9,000.00 |
| Custom Feeding Income |  |  |
| Other Income (SandeFarms LLC Transfer) |  |  |
| New Loans  (CCC Grain Loan) |  |  |

B. **WAGES FROM OUTSIDE WORK**

|  | Month | Year To Date |
|---|---|---|
| Husband |  |  |
| Wife |  |  |

C. **OTHER RECEIPTS**

|  | Month | Year To Date |
|---|---|---|
| Social Security |  |  |
| Other |  |  |
| Equipment Sales |  | $27,000.00 |
|  |  |  |

|  | Month | Year To Date |
|---|---|---|
| **Total Cash Receipts** | $214,372.10 | $1,161,898.59 |

D. **CROP AND LIVESTOCK ON HAND**

| Crop | Year | Amount |  | $/unit | Total Value |
|---|---|---|---|---|---|
| W Wheat | 2023 | 12500 | bu | $6 | $75,000 |
| S Wheat | 2023 | 31000 | bu | $7 | $217,000 |
| Barley | 2023 | 50000 | bu | $5 | $250,000 |
| Alfalfa | 2023 | 800 | ton | $150.00 | $120,000 |
|  |  |  | bu | $22.00 | $0 |
|  |  |  | ton | $200.00 | $0 |
| Flax | 2021 | 600 | BU | $22.00 | $13,200 |
| Durum (Seed) |  | 1100 | bu | $16.00 | $17,600 |
| S Wheat (Seed) |  | 2500 | bu | $11.00 | $27,500 |
| Flax (Seed) |  | 400 | bu | $22.00 | $8,800 |

|  |  |
|---|---|
| Total Crop on Hand Value | $729,100 |

**II.**         EXPENSES PAID

    **A. HOUSEHOLD**

| Payee | Check # | Date | Amount | Purpose |
|---|---|---|---|---|
| Amazon | Debit | 10/2/2023 | $9.99 | Misc |
| SDO | Debit | 10/2/2023 | $39.00 | Misc |
| Super 1 Foods | Debit | 10/10/2023 | $120.04 | Groceries |
| Enrollment First | Debit | 10/17/2023 | $401.72 | Health Ins |
| Amazon | Debit | 10/19/2023 | $16.95 | Misc |
| Amazon | Debit | 10/19/2023 | $4.99 | Misc |

    TOTAL HOUSEHOLD EXPENSE      $592.69

B. **FARM EXPENSES**

| Payee | Check # | Date | Amount | Purpose |
|---|---|---|---|---|
| North 40 | Debit | 10/2/2023 | $335.89 | Supplies |
| Brandon Brooking | Debit | 10/3/2023 | $441.05 | Wages |
| Pinion | Debit | 10/3/2023 | $4,060.00 | Accounting |
| Joyce Fuel & Feed | Debit | 10/4/2023 | $175.00 | Fuel |
| Joyce Fuel & Feed | Debit | 10/5/2023 | $59.16 | Fuel |
| Nationwide | Debit | 10/6/2023 | $4,413.01 | P&C Ins |
| Zoro Tools | Debit | 10/10/2023 | $124.99 | Tools |
| Chouteau County | 5126 | 10/10/2023 | $101.92 | License |
| CA Bank | Debit | 10/10/2023 | $30.00 | Fee |
| K Sande | Debit | 10/15/2023 | $53,000.00 | Equipment |
| NW Energy | Debit | 10/17/2023 | $834.08 | Electricy |
| Hill County Elec | Debit | 10/17/2023 | $227.38 | Electricy |
| Triangle Telephone | Debit | 10/17/2023 | $444.00 | Phone/Net |
| Frontline Ag | Debit | 10/20/2023 | $175.01 | Parts |
| Home Depot | PP | 10/20/2023 | $138.00 | Supplies |
| Clearview Seed | 5127 | 10/20/2023 | $14,795.54 | Seed |
| Joyce Fuel & Feed | Debit | 10/23/2023 | $144.86 | Fuel |

**Sande Farms Account**

| Payee | Check # | Date | Amount | Purpose |
|---|---|---|---|---|
| Triangle Leasing | 1351 | 10/2/2023 | $86.00 | Tax |
| Josh Brooking | 1357 | 10/3/2023 | $1,230.38 | Wages |
| Frontline Ag | 1360 | 10/12/2023 | $644.00 | Parts |
| Wilbur Ellis | 1356 | 10/13/2023 | $10,883.26 | Chemical |
| Josh Brooking | 1361 | 10/17/2023 | $1,230.38 | Wages |
| Wilbur Ellis | 1359 | 10/17/2023 | $5,557.25 | Fertilizer |
| Joyce Fuel & Feed | 1362 | 10/19/2023 | $6,153.96 | Farm Fuel |
| TGF Parts Stop | 1358 | 10/20/2023 | $1,015.02 | Parts |
| Joyce Fuel & Feed | 1363 | 10/24/2023 | $4,450.00 | Farm Fuel |
| Pinion | Debit | 10/26/2023 | $4,000.00 | Accounting |
| Josh Brooking | 1366 | 10/27/2023 | $2,000.00 | Wages |
| Joyce Fuel & Feed | 1365 | 10/30/2023 | $223.82 | Truck Fuel |
| Scribner Ranch | 1364 | 10/30/2023 | $50,000.00 | Custom Work/Fert |
| TOTAL FARM EXPENSE | | | $166,973.96 | |

|  | | Year to Date |
|---|---|---|
| **C. TOTAL PAYMENTS MADE TO CHAPTER 12 TRUSTEE** | | $483,218.88 |

TOTAL EXPENSES FOR MONTH $167,566.65

CASH PROFIT (LOSS) FOR MONTH $46,805.45

OTHER NON CASH LOSSES:
    LOSS DUE TO CROP FAILURE OR DAMAGE
    LOSS DUE TO DEATH OR DISEASE OF LIVESTOCK

**III. CASH RECONCILIATION:**

| | |
|---|---|
| Cash and Bank Accounts Balance at Beginning of Month | $46,371.70 |
| Profit (or loss) during month | $46,805.45 |
| Cash and Bank Accounts Balance at End of Month | $93,177.15 |

**IV. EXPENSES CHARGED BUT NOT PAID DURING MONTH**

    Expense                        Amount

I CERTIFY UNDER PENALTY OF PERJURY THAT I HAVE READ THE FOREGOING STATEMENT, AND IT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.

| 12/18/2023 | Derek Lynn Sande |
|---|---|
| DATE | DEBTOR(S) / OFFICER OF DEBTOR(S) |



CITIZENS ALLIANCE BANK
409 3RD STREET NW
GREAT FALLS, MT 59404
Tel: (406) 403-7460



FINANCIAL SERVICES STATEMENT

SANDE FARMS LLC
25991 MT HWY 80
PO BOX 5
GERALDINE MT 59446-0005

Statement Date: **10/31/2023**  Account No.: **X6369** Page: 1

**This Statement Cycle Reflects 32 Days**

### SIMPLE BUSINESS CHECKING SUMMARY

Type : **REG   Status : Active

| Category | Number | Amount |
|---|---|---|
| Balance Forward From 09/29/23 |  | 6,928.21 |
| Deposits | 2 | 146,996.00+ |
| Debits | 12 | 83,474.07 |
| Automatic Withdrawals | 3 | 10,000.00 |
| Automatic Deposits | 1 | 20,000.00+ |
| Ending Balance On 10/31/23 |  | 80,450.14 |
| Average Balance (Ledger) | 55,918.56+ |  |

### STATEMENT PERIOD ACTIVITY

| Date | Check/Description | Amount | Balance |
|---|---|---|---|
| 10/02/23 | CHK#1351 | 86.00 | 6,842.21 |
| 10/03/23 | CHK#1357 | 1,230.38 | 5,611.83 |
| 10/04/23 | INTERNET TRANSFER FROM CHK 6369 TO CHK 5169 9819623 | 4,000.00 | 1,611.83 |
| 10/10/23 | MOBILE TRANSFER FROM CHK 4472 TO CHK 6369 2872332 | 20,000.00+ | 21,611.83 |
| 10/12/23 | CHK#1360 | 644.00 | 20,967.83 |
| 10/13/23 | CHK#1356 | 10,883.26 | 10,084.57 |
| 10/16/23 | INTERNET TRANSFER FROM CHK 6369 TO CHK 5169 9300053 | 2,000.00 | 8,084.57 |
| 10/17/23 | CHK#1361 | 1,230.38 | 6,854.19 |
| 10/17/23 | CHK#1359 | 5,557.25 | 1,296.94 |
| 10/19/23 | DEPOSIT | 143,538.00+ | 144,834.94 |
| 10/19/23 | CHK#1362 | 6,153.96 | 138,680.98 |
| 10/20/23 | CHK#1358 | 1,015.02 | 137,665.96 |
| 10/24/23 | DEPOSIT | 3,458.00+ | 141,123.96 |
| 10/24/23 | CHK#1363 | 4,450.00 | 136,673.96 |
| 10/26/23 | PINION PINION | 4,000.00 | 132,673.96 |
| 10/27/23 | CHK#1366 | 2,000.00 | 130,673.96 |
| 10/30/23 | CHK#1365 | 223.82 | 130,450.14 |
| 10/30/23 | CHK#1364 | 50,000.00 | 80,450.14 |

Continued   11/2711/1

CITIZENS ALLIANCE BANK
409 3RD STREET NW
GREAT FALLS, MT 59404
Tel: (406) 403-7460



**FINANCIAL SERVICES STATEMENT**



Statement Date: **10/31/2023**　　　　　　　　　　　　　　　　　　Account No.:　　**X6369** Page: **2**

## CHECKS AND OTHER DEBITS

* indicates a gap in the check numbers

| Date | Check # | Amount | Date | Check # | Amount | Date | Check # | Amount |
|---|---|---|---|---|---|---|---|---|
| 10/02/23 | 1351 | 86.00 | 10/17/23 | 1359 | 5,557.25 | 10/24/23 | 1363 | 4,450.00 |
| 10/13/23 | 1356* | 10,883.26 | 10/12/23 | 1360 | 644.00 | 10/30/23 | 1364 | 50,000.00 |
| 10/03/23 | 1357 | 1,230.38 | 10/17/23 | 1361 | 1,230.38 | 10/30/23 | 1365 | 223.82 |
| 10/20/23 | 1358 | 1,015.02 | 10/19/23 | 1362 | 6,153.96 | 10/27/23 | 1366 | 2,000.00 |

**Direct Inquiries About Electronic Entries To:**
Phone: (406) 403-7460

Continued　　11/2711/2

## IMAGE STATEMENT


AM: 143,538.00 CK:  DT: 10/19 SQ: 62201030 Deposit


AM: 3,458.00 CK:  DT: 10/24 SQ: 61900580 Deposit


AM: 86.00 CK: 1351 DT: 10/02 SQ: 80401190 Paid

AM: 10,883.26 CK: 1356 DT: 10/13 SQ: 80101890 Paid


AM: 1,230.38 CK: 1357 DT: 10/03 SQ: 81002970 Paid

AM: 1,015.02 CK: 1358 DT: 10/20 SQ: 80501400 Paid


AM: 5,557.25 CK: 1359 DT: 10/17 SQ: 80400100 Paid

AM: 644.00 CK: 1360 DT: 10/12 SQ: 80501700 Paid


AM: 1,230.38 CK: 1361 DT: 10/17 SQ: 81500450 Paid

AM: 6,153.96 CK: 1362 DT: 10/19 SQ: 80502640 Paid


AM: 4,450.00 CK: 1363 DT: 10/24 SQ: 80901930 Paid


AM: 50,000.00 CK: 1364 DT: 10/30 SQ: 80400740 Paid






# IMAGE STATEMENT



AM: 223.82 CK: 1365 DT: 10/30 SQ: 80500130 Paid    AM: 2,000.00 CK: 1366 DT: 10/27 SQ: 80501050 Paid

End Statement    11/2711/4E



CITIZENS ALLIANCE BANK
409 3RD STREET NW
GREAT FALLS, MT 59404
Tel: (406) 403-7460

FINANCIAL SERVICES STATEMENT

DEREK L SANDE
5050 CUTBANK CREEK RD
PO BOX 5
GERALDINE MT 59446-0005

Statement Date: **11/07/2023**         Account No.:     **X5169**  Page: 1

**This Statement Cycle Reflects 32 Days**

## SIMPLE CONSUMER CHECKING SUMMARY

Type : **REG    Status : Active

| Category | Number | Amount |
|---|---|---|
| Balance Forward From 10/06/23 |  | 771.83 |
| Deposits | 1 | 32,090.06+ |
| Debits | 2 | 14,897.46 |
| Automatic Withdrawals | 8 | 7,231.20 |
| Automatic Deposits | 3 | 102,000.00+ |
| Card Activity | 7 | 596.83 |
| Miscellaneous Fees | 2 | 30.00 |
| Ending Balance On 11/07/23 |  | 112,106.40 |
| Average Balance (Ledger) | 27,857.79+ |  |

## STATEMENT PERIOD ACTIVITY

| Date | Check/Description | Amount | Balance |
|---|---|---|---|
| 10/10/23 | 0307 VSA PUR SUPER1 FOODS GREAT FALL GREAT FALLS MT | 120.04 | 651.79 |
| 10/10/23 | 0307 VSA PUR ZORO TOOLS INC 855-2899676 IL | 124.99 | 526.80 |
| 10/10/23 | CHK#5126 | 101.92 | 424.88 |
| 10/10/23 | STOP PAYMENT FEE | 15.00 | 409.88 |
| 10/10/23 | STOP PAYMENT FEE | 15.00 | 394.88 |
| 10/16/23 | INTERNET TRANSFER FROM CHK 6369 TO CHK 5169 9300053 | 2,000.00+ | 2,394.88 |
| 10/17/23 | NW ENERGY BILLPAY | 151.45 | 2,243.43 |
| 10/17/23 | HILL COUNTY ELEC WEB PMTS | 227.38 | 2,016.05 |
| 10/17/23 | NW ENERGY BILLPAY | 255.40 | 1,760.65 |
| 10/17/23 | ENROLLMENT FIRST ACH | 401.72 | 1,358.93 |
| 10/17/23 | NW ENERGY BILLPAY | 427.23 | 931.70 |
| 10/17/23 | TRIANGLE TELEPHO WEB PMTS | 444.00 | 487.70 |
| 10/18/23 | DEPOSIT | 32,090.06+ | 32,577.76 |
| 10/19/23 | 0307 VSA PUR AMZN MKTP US 9L6I51203 AMZN.COM BILL WA | 4.99 | 32,572.77 |
| 10/19/23 | 0307 VSA PUR AMZN MKTP US TP1ZS3BM1 AMZN.COM BILL WA | 16.95 | 32,555.82 |
| 10/20/23 | 0307 VSA PUR FRONTLINE AG SOLUTIONS CONRAD MT | 175.01 | 32,380.81 |
| 10/20/23 | PAYPAL INST XFER | 138.00 | 32,242.81 |
| 10/20/23 | CHK#5127 | 14,795.54 | 17,447.27 |
| 10/23/23 | 0307 VSA PUR 76 - JOYCE FEED GERALDINE MT | 144.86 | 17,302.41 |
| 11/02/23 | 0307 VSA PUR AMAZON MUSIC 764H46YZ3 888-802-3080 WA | 9.99 | 17,292.42 |

Continued         11/7478/1

CITIZENS ALLIANCE BANK
409 3RD STREET NW
GREAT FALLS, MT 59404
Tel: (406) 403-7460


**FINANCIAL SERVICES STATEMENT**



Statement Date: **11/07/2023**  Account No.: **X5169** Page: **2**

## STATEMENT PERIOD ACTIVITY (cont.)

| Date | Check/Description | Amount | Balance |
|---|---|---|---|
| 11/03/23 | INTERNET TRANSFER FROM CHK 6369 TO CHK 5169 6089192 | 50,000.00+ | 67,292.42 |
| 11/03/23 | INTERNET TRANSFER FROM CHK 4472 TO CHK 5169 7672565 | 50,000.00+ | 117,292.42 |
| 11/06/23 | NWEDI-996486797 EDI PYMNTS | 5,186.02 | 112,106.40 |

## CHECKS AND OTHER DEBITS

*\* indicates a gap in the check numbers*

| Date | Check # | Amount | Date | Check # | Amount | Date | Check # | Amount |
|---|---|---|---|---|---|---|---|---|
| 10/10/23 | 5126 | 101.92 | 10/20/23 | 5127 | 14,795.54 | | | |

**Direct Inquiries About Electronic Entries To:**
Phone: (406) 403-7460



| | | | |
|---|---|---|---|
| **DEREK L SANDE** | | Bank : | 604 |
| **Account No. :** | X5169 | Images : | 3 |
| **Stmt. Date :** | 11/07/2023 | Page : | 3 |

# IMAGE STATEMENT



AM: 32,090.06 CK:  DT: 10/18 SQ: 62000960 Deposit



AM: 101.92 CK: 5126 DT: 10/10 SQ: 80501620 Paid




AM: 14,795.54 CK: 5127 DT: 10/20 SQ: 80800660 Paid



End Statement    11/7478/3E