# CHAPTER 12 MONTHLY REPORT

Name of Debtor: Derek L Sande / Sande Farms LLC
Case NO: 19-61079 and 19-60962

For Month Ending: 1/31/2024

## MONTHLY CASH RECEIPTS AND DISBURSMENTS

**I. CASH RECEIPTS**

**A. FARM INCOME**

### GRAIN SALES

| Unit | CROP | Price/Unit | MONTH | Year to Date |
|---|---|---|---|---|
| bushel | Wheat | $9.00 | | |
| ton | Hay/Alfalfa | $200 | | |
| bushel | Peas | $ | | |
| bushel | Barley | $ | | |
| bushel | Durum | | | |

### LIVESTOCK SALES

| Type | #hd | weight | price/lb | | Year to Date |
|---|---|---|---|---|---|
| calves | | | | | |
| cows | | | | | |
| hogs | | | | | |
| feeder pigs | | | | | |
| lambs | | | | | |
| eggs | | | | | |
| poultry | | | | | |
| milk | | | | | |
| other | | | | | |

| | Month | Year to Date |
|---|---|---|
| Misc Farm Income | | |
| Crop Insurance Payments | | |
| Contract Payments | | |
| Other Ins Payments | | |
| Rent Payments | | |
| Government Payments | $5,890.36 | $5,890.36 |

|  | Month | Year To Date |
|---|---|---|
| Custom Farming Income |  |  |
| Custom Feeding Income |  |  |
| Other Income (SandeFarms LLC Transfer) |  |  |
| New Loans  (CCC Grain Loan) |  |  |

B. **WAGES FROM OUTSIDE WORK**

|  | Month | Year To Date |
|---|---|---|
| Husband |  |  |
| Wife |  |  |

C. **OTHER RECEIPTS**

|  | Month | Year To Date |
|---|---|---|
| Social Security |  |  |
| Other |  |  |
| Equipment Sales |  |  |
|  |  |  |
| **Total Cash Receipts** | $5,890.36 | $5,890.36 |

D. **CROP AND LIVESTOCK ON HAND**

| Crop | Year | Amount |  | $/unit | Total Value |
|---|---|---|---|---|---|
| W Wheat | 2023 | 9000 | bu | $6 | $54,000 |
| S Wheat | 2023 | 31000 | bu | $7 | $217,000 |
| Barley | 2023 | 50000 | bu | $5 | $250,000 |
| Alfalfa | 2023 | 800 | ton | $150.00 | $120,000 |
|  |  |  | bu | $22.00 | $0 |
|  |  |  | ton | $200.00 | $0 |
| Flax | 2021 | 600 | BU | $22.00 | $13,200 |
| Durum (Seed) |  | 1100 | bu | $16.00 | $17,600 |
| S Wheat (Seed) |  | 2500 | bu | $11.00 | $27,500 |
| Flax (Seed) |  | 400 | bu | $22.00 | $8,800 |
| W Wheat | 2024 | 2100 | Ac | $325.00 | $682,500 |
|  |  |  |  | **Total Crop on Hand Value** | $1,390,600 |

**II.**     **EXPENSES PAID**

    **A. <u>HOUSEHOLD</u>**

| Payee | Check # | Date | Amount | Purpose |
|---|---|---|---|---|
| Amazon | Debit | 2/2/2024 | $9.99 | Misc |
| Robin Niel DMD | 5143 | 2/4/2024 | $494.00 | Dental - Kayla |
| Enrollment First ACH | Debit | 2/17/2024 | $447.58 | Health Ins |

           TOTAL HOUSEHOLD EXPENSE      $951.57

B. **FARM EXPENSES**

| Payee | Check # | Date | Amount | Purpose |
|---|---|---|---|---|
| Hucke Land | 5092 | 1/2/2024 | $318.84 | Professional Fees |
| TGF Parts Stop | 5144 | 1/10/2024 | $805.60 | Parts |
| FB Hardware | Debit | 1/23/2024 | $27.78 | Supplies |
| Joyce Fuel & Feed | Debit | 1/23/2024 | $194.40 | Fuel |
| NW Energy | Debit | 1/23/2024 | $940.25 | Electricty |
| Hill County Electric | Debit | 1/23/2024 | $75.48 | Electricty |
| Triangle Telephone | Debit | 1/23/2024 | $444.99 | Phone/Net |
| Republic Services | Debit | 1/25/2024 | $189.42 | Trash |

**Sande Farms Account**

| Payee | Check # | Date | Amount | Purpose |
|---|---|---|---|---|
| Joyce Fuel & Feed | 1376 | 1/2/2024 | $67.06 | Fuel |
| Josh Brooking | 1378 | 1/2/2024 | $1,291.90 | Wages |
| 7 W farms | 1379 | 1/3/2024 | $46.55 | Parts |
| Joyce Fuel & Feed | 1230 | 1/10/2024 | $86.62 | Fuel |
| Josh Brooking | 1231 | 1/16/2024 | $1,291.90 | Wages |
| Joyce Fuel & Feed | 1232 | 1/22/2024 | $2,497.43 | Fuel |
| Frielings Ag | 1233 | 1/30/2024 | $2,557.00 | Parts |

TOTAL FARM EXPENSE — $10,835.22

|  |  | Year to Date |
|---|---|---|
| C. **TOTAL PAYMENTS MADE TO CHAPTER 12 TRUSTEE** | | |

| | |
|---|---|
| TOTAL EXPENSES FOR MONTH | $11,786.79 |
| CASH PROFIT (LOSS) FOR MONTH | -$5,896.43 |
| OTHER NON CASH LOSSES: | |
|     LOSS DUE TO CROP FAILURE OR DAMAGE | |
|     LOSS DUE TO DEATH OR DISEASE OF LIVESTOCK | |

**III. CASH RECONCILIATION:**

| | |
|---|---|
| Cash and Bank Accounts Balance at Beginning of Month | $10,073.55 |
| Profit (or loss) during month | -$5,896.43 |
| Cash and Bank Accounts Balance at End of Month | $4,177.12 |

**IV. EXPENSES CHARGED BUT NOT PAID DURING MONTH**

| Expense | Amount |
|---|---|
| | |

I CERTIFY UNDER PENALTY OF PERJURY THAT I HAVE READ THE FOREGOING STATEMENT, AND IT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.

| 3/4/2024 | Derek Lynn Sande |
|---|---|
| DATE | DEBTOR(S) / OFFICER OF DEBTOR(S) |



SANDE FARMS LLC  
25991 MT HWY 80  
PO BOX 5  
GERALDINE MT 59446-0005

Statement Date: **01/31/2024**   Account No.:   **X6369** Page: **1**

**This Statement Cycle Reflects 33 Days**

## SIMPLE BUSINESS CHECKING SUMMARY

Type : **REG**   Status : Active

| Category | Number | Amount |
|---|---|---|
| Balance Forward From 12/29/23 | | 1,932.61 |
| Deposits | 1 | 5,890.36 + |
| Debits | 7 | 7,838.46 |
| Automatic Deposits | 2 | 2,000.00 + |
| Ending Balance On 01/31/24 | | 1,984.51 |
| **Average Balance (Ledger)** | | **4,046.44 +** |

## STATEMENT PERIOD ACTIVITY

| Date | Check/Description | Amount | Balance |
|---|---|---|---|
| 01/02/24 | CHK#1376 | 67.06 | 1,865.55 |
| 01/02/24 | CHK#1378 | 1,291.90 | 573.65 |
| 01/03/24 | CHK#1379 | 46.55 | 527.10 |
| 01/05/24 | DEPOSIT | 5,890.36 + | 6,417.46 |
| 01/10/24 | CHK#1230 | 86.62 | 6,330.84 |
| 01/16/24 | CHK#1231 | 1,291.90 | 5,038.94 |
| 01/22/24 | CHK#1232 | 2,497.43 | 2,541.51 |
| 01/24/24 | INTERNET TRANSFER FROM CHK 4472 TO CHK 6369 7980018 | 500.00 + | 3,041.51 |
| 01/30/24 | CHK#1233 | 2,557.00 | 484.51 |
| 01/31/24 | MOBILE TRANSFER FROM SAV 5750 TO CHK 6369 1461757 | 1,500.00 + | 1,984.51 |

## CHECKS AND OTHER DEBITS

\* indicates a gap in the check numbers

| Date | Check # | Amount | Date | Check # | Amount | Date | Check # | Amount |
|---|---|---|---|---|---|---|---|---|
| 01/10/24 | 1230 | 86.62 | 01/30/24 | 1233 | 2,557.00 | 01/03/24 | 1379 | 46.55 |
| 01/16/24 | 1231 | 1,291.90 | 01/02/24 | 1376* | 67.06 | | | |
| 01/22/24 | 1232 | 2,497.43 | 01/02/24 | 1378* | 1,291.90 | | | |

CITIZENS ALLIANCE BANK
409 3RD STREET NW
GREAT FALLS, MT 59404
Tel: (406) 403-7460


FINANCIAL SERVICES STATEMENT



Statement Date: **01/31/2024**  Account No.: **X6369** Page: **2**

**Direct Inquiries About Electronic Entries To:**
Phone: (406) 403-7460

Continued 11/2646/2


IMAGE STATEMENT



AM: 5,890.36 CK:  DT: 01/05 SQ: 60800390 Deposit



AM: 86.62 CK: 1230 DT: 01/10 SQ: 80600200 Paid

AM: 1,291.90 CK: 1231 DT: 01/16 SQ: 80501260 Paid

AM: 2,497.43 CK: 1232 DT: 01/22 SQ: 80401440 Paid



AM: 2,557.00 CK: 1233 DT: 01/30 SQ: 80500670 Paid



AM: 67.06 CK: 1376 DT: 01/02 SQ: 80502410 Paid

AM: 1,291.90 CK: 1378 DT: 01/02 SQ: 80502400 Paid

AM: 46.55 CK: 1379 DT: 01/03 SQ: 80602060 Paid



End Statement    11/2646/3E



CITIZENS ALLIANCE BANK
409 3RD STREET NW
GREAT FALLS, MT 59404
Tel: (406) 403-7460

**FINANCIAL SERVICES STATEMENT**

DEREK L SANDE
5050 CUTBANK CREEK RD
PO BOX 5
GERALDINE MT 59446-0005

Statement Date: **02/07/2024**　　　　　　　　　　　　　　　Account No.: **X5169** Page: 1

**This Statement Cycle Reflects 33 Days**

## SIMPLE CONSUMER CHECKING SUMMARY

Type : **REG    Status : Active

| Category | Number | Amount |
|---|---|---|
| Balance Forward From 01/05/24 |  | 1,393.51 |
| Debits | 3 | 4,125.53 |
| Automatic Withdrawals | 8 | 2,097.72 |
| Automatic Deposits | 3 | 6,700.00+ |
| Card Activity | 3 | 232.17 |
| Ending Balance On 02/07/24 |  | 1,638.09 |
| **Average Balance (Ledger)** | **1,612.07+** |  |

## STATEMENT PERIOD ACTIVITY

| Date | Check/Description | Amount | Balance |
|---|---|---|---|
| 01/10/24 | CHK#5144 | 805.60 | 587.91 |
| 01/17/24 | ENROLLMENT FIRST ACH | 447.58 | 140.33 |
| 01/22/24 | INTERNET TRANSFER FROM CHK 4472 TO CHK 5169 2327662 | 2,500.00+ | 2,640.33 |
| 01/23/24 | 0307 VSA PUR FORT BENTON HARD 1420 F FORT BENTON MT | 27.78 | 2,612.55 |
| 01/23/24 | 0307 VSA PUR JOYCE FEED GERALDINE MT | 194.40 | 2,418.15 |
| 01/23/24 | NW ENERGY BILLPAY | 73.66 | 2,344.49 |
| 01/23/24 | HILL COUNTY ELEC WEB PMTS | 75.48 | 2,269.01 |
| 01/23/24 | NW ENERGY BILLPAY | 79.96 | 2,189.05 |
| 01/23/24 | NW ENERGY BILLPAY | 112.37 | 2,076.68 |
| 01/23/24 | TRIANGLE TELEPHO WEB PMTS | 444.99 | 1,631.69 |
| 01/23/24 | NW ENERGY BILLPAY | 674.26 | 957.43 |
| 01/24/24 | INTERNET TRANSFER FROM CHK 4472 TO CHK 5169 2649081 | 1,000.00+ | 1,957.43 |
| 01/25/24 | REPUBLICSERVICES RSIBILLPAY | 189.42 | 1,768.01 |
| 02/02/24 | MOBILE TRANSFER FROM SAV 5750 TO CHK 5169 2815141 | 3,200.00+ | 4,968.01 |
| 02/02/24 | 0307 VSA PUR AMAZON MUSIC R279D6PB2 888-802-3080 WA | 9.99 | 4,958.02 |
| 02/06/24 | CHK#5145 | 100.00 | 4,858.02 |
| 02/06/24 | CHK#5146 | 3,219.93 | 1,638.09 |

CITIZENS ALLIANCE BANK
409 3RD STREET NW
GREAT FALLS, MT 59404
Tel: (406) 403-7460


**FINANCIAL SERVICES STATEMENT**



Statement Date: **02/07/2024**   Account No.:   **X5169** Page: **2**

## CHECKS AND OTHER DEBITS

* indicates a gap in the check numbers

| Date | Check # | Amount | Date | Check # | Amount | Date | Check # | Amount |
|---|---|---|---|---|---|---|---|---|
| 01/10/24 | 5144 | 805.60 | 02/06/24 | 5145 | 100.00 | 02/06/24 | 5146 | 3,219.93 |

**Direct Inquiries About Electronic Entries To:**
Phone: (406) 403-7460



# IMAGE STATEMENT



AM: 805.60 CK: 5144 DT: 01/10 SQ: 80301040 Paid



AM: 100.00 CK: 5145 DT: 02/06 SQ: 80600230 Paid



AM: 3,219.93 CK: 5146 DT: 02/06 SQ: 80600320 Paid



End Statement   11/7369/3E