# CHAPTER 12 MONTHLY REPORT

Name of Debtor: Derek L Sande / Sande Farms LLC
Case NO: 19-61079 and 19-60962

For Month Ending: 4/30/2024

## MONTHLY CASH RECEIPTS AND DISBURSMENTS

**I. CASH RECEIPTS**

**A. FARM INCOME**

### GRAIN SALES

| Unit | CROP | Price/Unit | MONTH | Year to Date |
|---|---|---|---|---|
| bushel | Wheat | $9.00 | | |
| ton | Hay/Alfalfa | $200 | | $33,054.88 |
| bushel | Peas | $ | | |
| bushel | Barley | $ | | $50,808.23 |
| bushel | Durum | | | |

### LIVESTOCK SALES

| Type | #hd | weight | price/lb | MONTH | Year to Date |
|---|---|---|---|---|---|
| calves | | | | | |
| cows | | | | | |
| hogs | | | | | |
| feeder pigs | | | | | |
| lambs | | | | | |
| eggs | | | | | |
| poultry | | | | | |
| milk | | | | | |
| other | | | | | |

| | MONTH | Year to Date |
|---|---|---|
| Misc Farm Income | $1,479.00 | $1,479.00 |
| Crop Insurance Payments | | |
| Contract Payments | | |
| Other Ins Payments | | |
| Rent Payments | | |
| Government Payments | | $9,094.60 |

|  | Month | Year To Date |
|---|---|---|
| Custom Farming Income |  |  |
| Custom Feeding Income |  |  |
| Other Income (SandeFarms LLC Transfer) |  |  |
| New Loans  (CCC Grain Loan) |  |  |

B. **WAGES FROM OUTSIDE WORK**

|  | Month | Year To Date |
|---|---|---|
| Husband |  |  |
| Wife |  |  |

C. **OTHER RECEIPTS**

|  | Month | Year To Date |
|---|---|---|
| Social Security |  |  |
| Other |  |  |
| Equipment Sales |  |  |
|  |  |  |

| | Month | Year To Date |
|---|---|---|
| **Total Cash Receipts** | $1,479.00 | $94,436.71 |

D. **CROP AND LIVESTOCK ON HAND**

| Crop | Year | Amount |  | $/unit | Total Value |
|---|---|---|---|---|---|
| W Wheat | 2023 | 9000 | bu | $6 | $54,000 |
| S Wheat | 2023 | 31000 | bu | $7 | $217,000 |
| Barley | 2023 | 50000 | bu | $5 | $250,000 |
| Alfalfa | 2023 | 800 | ton | $150.00 | $120,000 |
|  |  |  | bu | $22.00 | $0 |
|  |  |  | ton | $200.00 | $0 |
| Flax | 2021 | 600 | BU | $22.00 | $13,200 |
| Durum (Seed) |  | 1100 | bu | $16.00 | $17,600 |
| S Wheat (Seed) |  | 2500 | bu | $11.00 | $27,500 |
| Flax (Seed) |  | 400 | bu | $22.00 | $8,800 |
| W Wheat | 2024 | 2100 | Ac | $325.00 | $682,500 |

|  |  |
|---|---|
| Total Crop on Hand Value | $1,390,600 |

## II. EXPENSES PAID

### A. HOUSEHOLD

| Payee | Check # | Date | Amount | Purpose |
|---|---|---|---|---|
| Amazon | Debit | 4/2/2024 | $9.99 | Misc |
| Enrollment First | Debit | 4/16/2024 | $447.58 | Health Ins |

TOTAL HOUSEHOLD EXPENSE $457.57

B. **FARM EXPENSES**

| Payee | Check # | Date | Amount | Purpose |
|---|---|---|---|---|
| CC Treas | 5149 | 4/1/2024 | $237.20 | License |
| Torgersons | 5150 | 4/9/2024 | $5,750.00 | Auger |
| Joyce Fuel & Feed | 5151 | 4/17/2024 | $1,872.00 | Fuel |
| Farm Works | Debit | 4/22/2024 | $6.12 | Fee |
| Wilbur Ellis | 5152 | 4/26/2024 | $5,875.00 | Chem |

**Sande Farms Account**

| Payee | Check # | Date | Amount | Purpose |
|---|---|---|---|---|
| Josh Brooking | 1249 | 4/1/2024 | $800.00 | Wages |
| Myla Sande | Debit | 4/4/2024 | $1,500.00 | Pigs |
| CC Treas | 1250 | 4/17/2024 | $333.91 | License |
| Wilbur Ellis | 1251 | 4/24/2024 | $9,168.60 | Fert |
| Frielings Ag | 1252 | 4/29/2024 | $874.38 | Parts |

TOTAL FARM EXPENSE $26,417.21

|   |   | | Year to Date |
|---|---|---|---|
| **C.** | **TOTAL PAYMENTS MADE TO CHAPTER 12 TRUSTEE** | | |
| | TOTAL EXPENSES FOR MONTH | $26,874.78 | |
| | CASH PROFIT (LOSS) FOR MONTH | -$25,395.78 | |
| | OTHER NON CASH LOSSES: | | |
| |     LOSS DUE TO CROP FAILURE OR DAMAGE | | |
| |     LOSS DUE TO DEATH OR DISEASE OF LIVESTOCK | | |

**III. CASH RECONCILIATION:**

| | |
|---|---|
| Cash and Bank Accounts Balance at Beginning of Month | $52,630.99 |
| Profit (or loss) during month | -$25,395.78 |
| Cash and Bank Accounts Balance at End of Month | $27,235.21 |

**IV. EXPENSES CHARGED BUT NOT PAID DURING MONTH**

| Expense | Amount |
|---|---|
| | |

I CERTIFY UNDER PENALTY OF PERJURY THAT I HAVE READ THE FOREGOING STATEMENT, AND IT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.

| 6/5/2024 | Derek Lynn Sande |
|---|---|
| DATE | DEBTOR(S) / OFFICER OF DEBTOR(S) |

CITIZENS ALLIANCE BANK
409 3RD STREET NW
GREAT FALLS, MT 59404
Tel: (406) 403-7460



FINANCIAL SERVICES STATEMENT



SANDE FARMS LLC
25991 MT HWY 80
PO BOX 5
GERALDINE MT 59446-0005

Statement Date: **04/30/2024**     Account No.: **X6369**   Page: **1**

**This Statement Cycle Reflects 32 Days**

## SIMPLE BUSINESS CHECKING SUMMARY

Type : **REG**  Status : Active

| Category | Number | Amount |
|---|---|---|
| Balance Forward From 03/29/24 | | 51,655.79 |
| Deposits | 1 | 1,479.00+ |
| Debits | 4 | 11,176.89 |
| Automatic Withdrawals | 5 | 25,500.00 |
| Ending Balance On 04/30/24 | | 16,457.90 |
| **Average Balance (Ledger)** | **32,553.54+** | |

## STATEMENT PERIOD ACTIVITY

| Date | Check/Description | Amount | Balance |
|---|---|---|---|
| 04/01/24 | CHK#1249 | 800.00 | 50,855.79 |
| 04/04/24 | PIGS-INTERNET TRANSFER FROM CHK 6369 TO SAV 3550 4265246 | 1,500.00 | 49,355.79 |
| 04/04/24 | INTERNET TRANSFER FROM CHK 6369 TO CHK 4472 2647208 | 10,000.00 | 39,355.79 |
| 04/08/24 | MOBILE TRANSFER FROM CHK 6369 TO CHK 5169 4786383 | 6,000.00 | 33,355.79 |
| 04/15/24 | INTERNET TRANSFER FROM CHK 6369 TO CHK 5169 7587568 | 2,000.00 | 31,355.79 |
| 04/17/24 | CHK#1250 | 333.91 | 31,021.88 |
| 04/23/24 | MOBILE DEPOSIT | 1,479.00+ | 32,500.88 |
| 04/23/24 | MOBILE TRANSFER FROM CHK 6369 TO CHK 5169 6508437 | 6,000.00 | 26,500.88 |
| 04/24/24 | CHK#1251 | 9,168.60 | 17,332.28 |
| 04/29/24 | CHK#1252 | 874.38 | 16,457.90 |

## CHECKS AND OTHER DEBITS

\* indicates a gap in the check numbers

| Date | Check # | Amount | Date | Check # | Amount | Date | Check # | Amount |
|---|---|---|---|---|---|---|---|---|
| 04/01/24 | 1249 | 800.00 | 04/24/24 | 1251 | 9,168.60 | | | |
| 04/17/24 | 1250 | 333.91 | 04/29/24 | 1252 | 874.38 | | | |

Continued    11/2621/1

CITIZENS ALLIANCE BANK
409 3RD STREET NW
GREAT FALLS, MT 59404
Tel: (406) 403-7460


FINANCIAL SERVICES STATEMENT



Statement Date: **04/30/2024**　　　　　　　　　　　　　　　Account No.:　　**X6369** Page:　**2**

**Direct Inquiries About Electronic Entries To:**
Phone: (406) 403-7460

Continued　　　11/2621/2



# IMAGE STATEMENT



AM: 1,479.00 CK:  DT: 04/23 SQ: 40000040 Deposit



AM: 800.00 CK: 1249 DT: 04/01 SQ: 80400710 Paid



AM: 333.91 CK: 1250 DT: 04/17 SQ: 80502690 Paid

AM: 9,168.60 CK: 1251 DT: 04/24 SQ: 80201630 Paid

AM: 874.38 CK: 1252 DT: 04/29 SQ: 80400380 Paid





CITIZENS ALLIANCE BANK  
409 3RD STREET NW  
GREAT FALLS, MT 59404  
Tel: (406) 403-7460



**FINANCIAL SERVICES STATEMENT**

DEREK L SANDE  
5050 CUTBANK CREEK RD  
PO BOX 5  
GERALDINE MT 59446-0005

Statement Date: **05/07/2024**  Account No.: **X5169** Page: **1**

**This Statement Cycle Reflects 32 Days**

## SIMPLE CONSUMER CHECKING SUMMARY

Type : **REG**   Status : Active

| Category | Number | Amount |
|---|---|---|
| Balance Forward From 04/05/24 | | 453.41 |
| Debits | 4 | 13,596.17 |
| Automatic Withdrawals | 1 | 447.58 |
| Automatic Deposits | 4 | 37,217.00+ |
| Card Activity | 2 | 16.11 |
| Miscellaneous Fees | 1 | 26.25 |
| Ending Balance On 05/07/24 | | 23,584.30 |
| Average Balance (Ledger) | 2,796.83+ | |

## STATEMENT PERIOD ACTIVITY

| Date | Check/Description | Amount | Balance |
|---|---|---|---|
| 04/08/24 | MOBILE TRANSFER FROM CHK 6369 TO CHK 5169 4786383 | 6,000.00+ | 6,453.41 |
| 04/09/24 | CHK#5150 | 5,750.00 | 703.41 |
| 04/15/24 | INTERNET TRANSFER FROM CHK 6369 TO CHK 5169 7587568 | 2,000.00+ | 2,703.41 |
| 04/16/24 | ENROLLMENT FIRST ACH | 447.58 | 2,255.83 |
| 04/17/24 | CHK#5151 | 1,872.00 | 383.83 |
| 04/22/24 | 0307 VSA PUR W2 1099 1095 EFILING 616-5744360 MI | 6.12 | 377.71 |
| 04/23/24 | MOBILE TRANSFER FROM CHK 6369 TO CHK 5169 6508437 | 6,000.00+ | 6,377.71 |
| 04/26/24 | CHK#5152 | 5,875.00 | 502.71 |
| 05/01/24 | MAIN STREET CHKS CHECK CHGS | 26.25 | 476.46 |
| 05/01/24 | CHK#5148 | 99.17 | 377.29 |
| 05/02/24 | 0307 VSA PUR AMAZON MUSIC C59ML5AC3 888-802-3080 WA | 9.99 | 367.30 |
| 05/06/24 | BARLEY DEPOSIT-INTERNET TRANSFER FROM CHK 4472 TO CHK 5169 5314481 | 23,217.00+ | 23,584.30 |

## CHECKS AND OTHER DEBITS

\* indicates a gap in the check numbers

| Date | Check # | Amount | Date | Check # | Amount | Date | Check # | Amount |
|---|---|---|---|---|---|---|---|---|
| 05/01/24 | 5148 | 99.17 | 04/17/24 | 5151 | 1,872.00 | | | |
| 04/09/24 | 5150* | 5,750.00 | 04/26/24 | 5152 | 5,875.00 | | | |

CITIZENS ALLIANCE BANK
409 3RD STREET NW
GREAT FALLS, MT 59404
Tel: (406) 403-7460


FINANCIAL SERVICES STATEMENT



Statement Date: **05/07/2024**  Account No.: **X5169** Page: **2**

## OVERDRAFT FEE SUMMARY

|  | Total For This Period | Total Year-To-Date |
|---|---:|---:|
| Total Overdraft Fees | $0.00 | $35.00 |
| Total Returned Item Fees | $0.00 | $0.00 |
| Fees Refunded | $0.00 | $0.00 |
| Fees Waived | $0.00 | $0.00 |

**Direct Inquiries About Electronic Entries To:**
Phone: (406) 403-7460

Continued  11/7030/2



# IMAGE STATEMENT


AM: 99.17 CK: 5148 DT: 05/01 SQ: 80702980 Paid


AM: 5,750.00 CK: 5150 DT: 04/09 SQ: 81100300 Paid


AM: 1,872.00 CK: 5151 DT: 04/17 SQ: 80702180 Paid

AM: 5,875.00 CK: 5152 DT: 04/26 SQ: 80301290 Paid



End Statement    11/7030/3E